| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF FLORIDA |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | **Debtor's name** | **Atlantic Acceptance Corp.** |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **85-1516061** |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **312 Clematis Street** **West Palm Beach, FL 33401** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Palm Beach** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: |

Debtor  **Atlantic Acceptance Corp.**   Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** that apply:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 2

Debtor **Atlantic Acceptance Corp.**      Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | _____ | Relationship _____ |
| District | _____ When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency _____
         Contact name _____
         Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**      *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

---

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 3

Debtor **Atlantic Acceptance Corp.** Case number (*if known*)
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Atlantic Acceptance Corp.**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 20, 2023**
MM / DD / YYYY

X **/s/ Ryan Allen Rochefort**              **Ryan Allen Rochefort**
Signature of authorized representative of debtor    Printed name

Title **Managing Member**

**18. Signature of attorney**

X **/s/ Joe M. Grant, Esq.**              Date **February 20, 2023**
Signature of attorney for debtor            MM / DD / YYYY

**Joe M. Grant, Esq.**
Printed name

**LORIUM LAW**
Firm name

**197 S. Federal Highway**
**Suite 200**
**Boca Raton, FL 33432**
Number, Street, City, State & ZIP Code

Contact phone **561.361.1000**   Email address **jgrant@loriumlaw.com**

**137758 FL**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Atlantic Acceptance Corp.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders      12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **700 Credit, LLC  Marcadis Singer, P.A.  c/o Gilbert Michael Singer, Esq.  5104 S. West Shore Blvd.  Tampa, FL 33611-5650** | | **Auto Broker Finance - Litigation** | **Disputed** | | | $64,000.00 |
| **AgoraTrade, LLC  Liebler, Gonzalez & Portuodo  44 West Flagler Street, 25th Floor  Miami, FL 33130** | | **Auto Broker Finance - Litigation** | **Disputed** | | | $0.00 |
| **AgoraTrade, LLC as Trust Manager & Beneficary of Walter Auto Loan Trust  Liebler, Gonzalez & Portuodo  44 West Flagler Street, 25th Floor  Miami, FL 33130** | | **Auto Broker Finance - Litigation** | **Disputed** | | | $0.00 |
| **Capital Auto Brokers, LLC  FGP Law, LLC, c/o Frank G. Podesta, Esq.  555 Sun Valley Drive, Suite N-3  Pompano Beach, FL 33076** | | **Auto Broker Finance - Litigation** | **Disputed** | | | $52,000.00 |
| **Dynasty Capital 26  700 Canel Street, 1st Floor  Stamford, CT 06902** | | **Capital Business Growth Loan** | **Disputed** | | | $243,000.00 |

Debtor **Atlantic Acceptance Corp.**                                                         Case number *(if known)*
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **New Century Auto Sales**<br>**King & King, PLLC c/o Stephen W. King, Esq.**<br>**140 Paluster Street**<br>**Cadillac, MI 49601** | | **Auto Broker Finance - Litigation** | **Disputed** | | | $109,773.00 |
| **One Stop Automotive Repair, LLC**<br>**FGP Law, LLC c/o Frank G. Podesta, Esq.**<br>**555 Sun Valley Drive, Suite N-3**<br>**Roswell, GA 30076** | | **Auto Broker Finance - Litigation** | **Disputed** | | | $43,000.00 |
| **Radla Captial, LLC**<br>**96-14 Metropolitan Avenue**<br>**Forest Hills, NY 11375** | | **Capital Business Growth Loan** | **Disputed** | | | $275,000.00 |
| **Revv-Elation Auto Sales, LLC**<br>**FGP Law, LLC c/o Frank G. Podesta, Esq.**<br>**555 Sun Valley Drive, Suite N-3**<br>**Roswell, GA 30076** | | **Auto Broker Finance - Litigation** | **Disputed** | | | $39,600.00 |
| **Walter Auto Loan Trust**<br>**700 West Arkansas Lane**<br>**Suite 150**<br>**Arlington, TX 76013** | | **Pending Lititgation** | **Disputed** | | | $14,000,000.00 |

700 Credit, LLC
Marcadis Singer, P.A.
c/o Gilbert Michael Singer, Esq.
5104 S. West Shore Blvd.
Tampa, FL 33611-5650

Agora Data, LLC
Liebler, Gonzalez & Portuodo
Courthouse Tower
44 West Flagler Street, 25th Floor
Miami, FL 33130

AgoraTrade, LLC
Liebler, Gonzalez & Portuodo
44 West Flagler Street, 25th Floor
Miami, FL 33130

AgoraTrade, LLC as Trust Manager &
Beneficary of Walter Auto Loan Trust
Liebler, Gonzalez & Portuodo
44 West Flagler Street, 25th Floor
Miami, FL 33130

AgoraTrade, LLC as Truste Manager &
Beneficiary of Walter Auto Loan Trust

Atlantic Acceptance Holdings, LLC
700 S. Rosemary Avenue
#204-B55
Palm Beach Gardens, FL 33410

Atlantic Auto Finance Corp.
c/o Todd Wehn
16224 Emerals Cove Road
Fort Lauderdale, FL 33331

Atlantic Auto Finance Corp.
700 S. Rosemary Avenue
#204-B55
Palm Beach Gardens, FL 33410


Atlantic Auto Finance Group, LLC
800 Village Square Crossing
Suite 350
Palm Beach Gardens, FL 33410


Bruce Carl Black
4300 S. US Highway 1 203
Jupiter, FL 33477


Capital Auto Brokers, LLC
FGP Law, LLC, c/o Frank G. Podesta, Esq.
555 Sun Valley Drive, Suite N-3
Pompano Beach, FL 33076


Dynasty Capital 26
700 Canel Street, 1st Floor
Stamford, CT 06902


Honda South Georgia
c/o JP Christy
6871 Mount Zion Blvd.
Morrow, GA 30260


Innovate Auto Finance,
dba Innovate Loan Servicing Corporation
4704 Mercantile Drive
Fort Worth, TX 76137


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Compliance Services Insolvency
STOP 5730
7850 Southwest 6th Court
Plantation, FL 33324

Liebler, Gonzalez & Portuondo, PA
c/o J. Randolph Liebler, Esq.
Courthouse Tower
44 West Flagler Street, 25th Floor
Miami, FL 33130


New Century Auto Sales
King & King, PLLC
c/o Stephen W. King, Esq.
140 Paluster Street
Cadillac, MI 49601


One Stop Automotive Repair, LLC
FGP Law, LLC c/o Frank G. Podesta, Esq.
555 Sun Valley Drive, Suite N-3
Roswell, GA 30076


Peter Boulware Toyota
c/o Bobbin Trace
Tallahassee, FL 32304


Radla Capital, LLC
161-10A Union Street, 2nd Floor
Flushing, NY 11366


Radla Captial, LLC
96-14 Metropolitan Avenue
Forest Hills, NY 11375


Revv-Elation Auto Sales, LLC
FGP Law, LLC c/o Frank G. Podesta, Esq.
555 Sun Valley Drive, Suite N-3
Roswell, GA 30076


Ryan Little
700 South Rosemary Avenue, Suite 204-B55
West Palm Beach, FL 33401

```
SEC - Security Exchange Commision
Office of Reorganization
950 E. Paces Ferry Road NE
Suite 900
Atlanta, GA 30326-1382


State of New Hampshire
Banking Department
53 Regional Drive, Suite 200
Concord, NH 03301


US Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530


Walt, LLC
700 W. Arkansas Lane
Suite 150
Arlington, TX 76013


Walter Auto Loan Trust
700 West Arkansas Lane
Suite 150
Arlington, TX 76013


Walter Auto Loan Trust
c/o AgoraTrade, LLC
700 West Arkansas Lane
Suite 150
Arlington, TX 76013


Westlake Services, LLC,
Westlake Financial
4751 Wilshire Blvd., Suite 100
Los Angeles, CA 90010-3847
```