# EXHIBIT 3

| WPM Account Number | Principal Balance |
|---|---:|
| ████8579 | - |
| ████4469 | 846.27 |
| ████0919 | 3,468.77 |
| ████7371 | 5,870.80 |
| ████0684 | 10,989.50 |
| ████8784 | 11,691.00 |
| ████8587 | 12,395.00 |
| ████4379 | 14,435.00 |
| ████5361 | 14,894.98 |
| ████9530 | 15,388.56 |
| ████5424 | 15,997.25 |
| ████5314 | 16,473.96 |
| ████0619 | 17,600.00 |
| ████5467 | 17,828.67 |
| ████8796 | 18,400.00 |
| ████7398 | 19,059.80 |
| ████8930 | 19,759.00 |
| ████4742 | 20,160.00 |
| ████3331 | 20,676.30 |
| ████1447 | 21,915.06 |
| ████0751 | 22,880.71 |
| ████1462 | 22,912.30 |
| ████6228 | 24,747.37 |
| ████6284 | 25,600.00 |
| ████7793 | 27,139.77 |
| ████7222 | 33,622.34 |
| ████5077 | 39,187.00 |
| ████9548 | 23,023.89 |
| ████5532 | 23,369.41 |
| ████5067 | 18,909.93 |
| ████5114 | 22,120.77 |
| ████5924 | 34,643.59 |
| ████8197 | 14,873.01 |
| ████5974 | 1,868.21 |
| ████7789 | 15,305.75 |
| ████7659 | 21,607.80 |
| ████0999 | 15,074.65 |
| ████3209 | 16,298.27 |
| ████0859 | 14,311.32 |
| ████3187 | 13,868.00 |
| ████0973 | 12,969.86 |
| ████0889 | 15,898.25 |
| ████6944 | 12,019.55 |
| ████4638 | 13,876.11 |
| ████8100 | 18,066.60 |
| ████7259 | 24,185.32 |
| WPM Account Number | Principal Balance |

| WPM Account Number | Principal Balance |
|---|---|
| ▉2959 | 35,186.34 |
| ▉1483 | 29,365.04 |
| ▉4594 | 31,845.77 |
| ▉4559 | 25,060.04 |
| ▉4496 | 13,731.38 |
| ▉4545 | 25,143.55 |
| ▉0785 | 28,146.95 |
| ▉0793 | 18,626.93 |
| ▉0804 | 24,381.42 |
| ▉8597 | 30,902.81 |
| ▉1540 | 31,555.44 |
| ▉1551 | 24,956.06 |
| ▉0899 | 22,246.82 |
| ▉5607 | 15,796.10 |
| ▉5386 | 20,733.52 |
| ▉5545 | 15,924.26 |
| ▉9536 | 13,742.79 |
| ▉9554 | 21,688.58 |
| ▉4396 | 21,147.52 |
| ▉0765 | 11,967.41 |
| ▉0773 | 22,612.39 |
| ▉8566 | 15,415.08 |
| ▉4458 | 27,497.42 |
| ▉4643 | 24,751.34 |
| ▉4604 | 32,460.56 |
| ▉0730 | 17,798.28 |
| ▉5349 | 24,211.96 |
| ▉5373 | 26,523.00 |
| ▉1431 | 20,765.74 |
| ▉9497 | 26,558.82 |
| ▉4509 | 15,758.90 |
| ▉0852 | 27,310.83 |
| ▉0884 | 34,924.37 |
| ▉5293 | 15,618.88 |
| ▉1505 | 18,660.24 |
| ▉9508 | 11,964.87 |
| ▉9544 | 21,178.79 |
| ▉0816 | 17,003.84 |
| ▉1518 | 16,991.90 |
| ▉0891 | 26,254.44 |
| ▉4952 | 25,918.09 |
| ▉9521 | 18,075.73 |
| ▉4578 | 21,652.77 |
| ▉4518 | 36,717.73 |
| ▉4752 | 17,902.86 |
| ▉5938 | 21,691.80 |

| WPM Account Number | Principal Balance |
|---|---|
| ████1532 | 31,559.38 |
| ████9561 | 17,444.93 |
| ████4426 | 13,402.47 |
| ████4362 | 17,763.97 |
| ████0947 | 35,728.88 |
| ████4935 | 15,707.53 |
| ████5920 | 25,232.54 |
| ████4723 | 16,116.45 |
| ████4713 | 14,191.65 |
| ████5400 | 32,679.33 |
| ████5481 | 29,660.15 |
| ████4975 | 20,480.20 |
| ████8892 | 18,690.55 |
| ████4432 | 26,722.03 |
| ████0939 | 15,948.81 |
| ████5863 | 27,774.32 |
| ████8848 | 24,490.73 |
| ████8833 | 20,601.06 |
| ████7301 | 17,275.30 |
| ████4628 | 18,181.04 |
| ████0663 | 15,366.11 |
| ████7282 | 22,896.94 |
| ████5551 | 22,186.23 |
| ████5277 | 17,157.46 |
| ████4961 | 16,775.32 |
| ████4922 | 30,956.83 |
| ████5880 | 34,215.53 |
| ████7381 | 26,065.71 |
| ████5584 | 20,422.81 |
| ████5307 | 22,236.46 |
| ████5562 | 25,027.55 |
| ████7225 | 20,238.89 |
| ████7216 | 24,447.21 |
| ████5096 | 18,034.10 |
| ████5513 | 32,497.21 |
| ████8808 | 14,369.60 |
| ████8749 | 31,155.00 |
| ████8878 | 13,809.82 |
| ████5949 | 16,074.62 |
| ████4870 | 16,555.96 |
| ████4911 | 17,120.95 |
| ████8770 | 29,199.13 |
| ████7329 | 27,280.83 |
| ████5081 | 21,351.81 |
| ████6258 | 28,264.17 |
| ████8820 | 11,879.34 |

| WPM Account Number | Principal Balance |
|---|---|
| ███7322 | 11,769.87 |
| ███7779 | 20,965.97 |
| ███6275 | 11,836.08 |
| ███5845 | 21,890.92 |
| ███8869 | 24,503.05 |
| ███8902 | 17,271.12 |
| ███1867 | 23,770.32 |
| ███5443 | 38,709.73 |
| ███5993 | 39,166.29 |
| ███0872 | 21,221.68 |
| ███7842 | 21,859.62 |
| ███2956 | 37,276.22 |
| ███1849 | 20,929.86 |
| ███1876 | 24,774.16 |
| ███5972 | 13,226.46 |
| ███1000 | 19,053.22 |
| ███0994 | 19,705.42 |
| ███7344 | 23,386.03 |
| ███7433 | 27,951.97 |
| ███8869 | 17,546.31 |
| ███6237 | 18,327.20 |
| ███5072 | 22,466.30 |
| ███7817 | 14,532.47 |
| ███6030 | 26,452.38 |
| ███6005 | 28,153.36 |
| ███6045 | 14,165.47 |
| ███5743 | 19,197.15 |
| ███0668 | 13,369.98 |
| ███7411 | 17,230.16 |
| ███6058 | 39,054.61 |
| ███5982 | 19,816.14 |
| ███5935 | 38,130.11 |
| ███6245 | 26,773.59 |
| ███5945 | 14,819.89 |
| ███9105 | 21,776.35 |
| ███7366 | 16,118.55 |
| ███7281 | 9,754.37 |
| ███7477 | 14,388.41 |
| ███7803 | 18,729.97 |
| ███5958 | 17,675.29 |
| ███9236 | 38,486.95 |
| ███3554 | 10,371.79 |
| ███8822 | 15,778.86 |
| ███8778 | 14,398.48 |
| ███0947 | 33,805.15 |
| ███3542 | 25,437.98 |

| WPM Account Number | Principal Balance |
|---|---|
| ████7650 | 35,383.55 |
| ████7839 | 15,257.94 |
| ████0930 | 16,251.85 |
| ████3862 | 28,264.21 |
| ████9075 | 15,000.58 |
| ████9126 | 21,394.38 |
| ████9210 | 24,325.33 |
| ████3548 | 20,774.12 |
| ████7606 | 22,676.06 |
| ████7848 | 16,145.85 |
| ████7745 | 38,352.96 |
| ████7799 | 19,290.30 |
| ████5956 | 17,031.70 |
| ████0598 | 18,008.06 |
| ████7706 | 16,322.62 |
| ████0849 | 24,380.80 |
| ████0915 | 27,154.30 |
| ████0900 | 24,853.30 |
| ████9277 | 18,550.19 |
| ████9258 | 24,248.23 |
| ████0803 | 21,006.33 |
| ████5937 | 13,185.66 |
| ████0906 | 23,596.28 |
| ████9083 | 15,860.19 |
| ████7658 | 26,609.64 |
| ████7679 | 25,505.02 |
| ████0839 | 22,078.92 |
| ████0902 | 20,659.80 |
| ████3327 | 33,868.94 |
| ████0938 | 37,554.98 |
| ████9071 | 15,628.63 |
| ████7827 | 37,260.98 |
| ████0781 | 14,242.29 |
| ████3339 | 22,634.52 |
| ████0984 | 20,122.43 |
| ████3934 | 13,529.96 |
| ████3847 | 21,822.04 |
| ████3920 | 32,647.38 |
| ████3130 | 25,341.89 |
| ████0969 | 11,395.42 |
| ████3536 | 17,853.45 |
| ████3941 | 18,594.99 |
| ████7760 | 25,662.03 |
| ████0923 | 32,418.99 |
| ████0833 | 22,200.66 |
| ████1015 | 34,607.81 |

| WPM Account Number | Principal Balance |
|---|---:|
| ▇7673 | 21,408.00 |
| ▇0846 | 30,008.07 |
| ▇7698 | 31,031.62 |
| ▇7863 | 27,688.14 |
| ▇0885 | 30,962.04 |
| ▇4135 | 8,469.14 |
| ▇4156 | 13,351.23 |
| ▇7820 | 19,617.32 |
| ▇7729 | 16,000.51 |
| ▇4172 | 11,550.83 |
| ▇4089 | 23,916.04 |
| ▇1975 | 24,451.28 |
| ▇7769 | 15,170.46 |
| ▇3237 | 23,216.26 |
| ▇3094 | 23,656.46 |
| ▇4049 | 20,593.27 |
| ▇2010 | 22,048.83 |
| ▇4124 | 25,662.30 |
| ▇4536 | 15,366.68 |
| ▇6817 | 17,109.33 |
| ▇0930 | 17,591.67 |
| ▇4101 | 15,622.00 |
| ▇4582 | 24,409.24 |
| ▇9829 | 38,504.88 |
| ▇0917 | 17,250.97 |
| ▇2455 | 36,195.81 |
| ▇0741 | 9,742.15 |
| ▇2466 | 14,653.84 |
| ▇6914 | 30,326.61 |
| ▇9813 | 25,233.96 |
| ▇0650 | 38,453.99 |
| ▇4607 | 20,502.58 |
| ▇7706 | 19,460.11 |
| ▇7759 | 14,089.29 |
| ▇4664 | 16,134.49 |
| ▇4604 | 27,551.24 |
| ▇4617 | 27,063.85 |
| ▇6953 | 26,315.25 |
| ▇4595 | 20,726.47 |
| ▇4508 | 9,011.47 |
| ▇4528 | 13,226.42 |
| ▇6933 | 14,366.61 |
| ▇4575 | 15,828.75 |
| ▇4542 | 31,520.46 |
| ▇0582 | 11,096.00 |
| ▇4706 | 12,468.71 |

| WPM Account Number | Principal Balance |
|---|---|
| ▇0729 | 21,423.93 |
| ▇7268 | 19,286.06 |
| ▇9991 | 15,324.27 |
| ▇8171 | 19,297.32 |
| ▇2874 | 29,187.30 |
| ▇2902 | 26,248.47 |
| ▇4788 | 19,480.78 |
| ▇4531 | 19,115.24 |
| ▇4615 | 33,262.75 |
| ▇4773 | 15,986.29 |
| ▇0911 | 21,514.73 |
| ▇4571 | 24,908.78 |
| ▇8616 | 20,660.91 |
| ▇5850 | 34,146.09 |
| ▇7470 | 28,803.87 |
| ▇5102 | 37,163.59 |
| ▇5930 | 22,054.23 |
| ▇0885 | 23,965.72 |
| ▇5695 | 22,235.63 |
| ▇0682 | 19,723.04 |
| ▇3564 | 19,441.61 |
| ▇2965 | 24,226.41 |
| ▇3896 | 26,924.94 |
| ▇7613 | 14,417.81 |
| ▇3157 | 19,141.96 |
| ▇3878 | 21,418.75 |
| ▇3178 | 21,596.42 |
| ▇3575 | 36,795.73 |
| ▇0819 | 26,700.45 |
| ▇3199 | 22,844.11 |
| ▇3257 | 34,421.61 |
| ▇1028 | 24,496.06 |
| ▇0915 | 15,264.02 |
| ▇1988 | 34,514.67 |
| ▇0941 | 24,218.02 |
| ▇2052 | 16,980.00 |
| ▇1939 | 15,080.77 |
| ▇2038 | 19,900.64 |
| ▇7740 | 19,976.79 |
| ▇4625 | 14,424.70 |
| ▇4654 | 25,869.29 |
| ▇4559 | 23,692.00 |
| ▇7746 | 20,588.85 |
| ▇7690 | 18,849.56 |
| ▇2435 | 26,843.00 |
| ▇6860 | 20,013.98 |

| WPM Account Number | Principal Balance |
|---|---|
| ████4470 | 28,147.39 |
| ████4553 | 21,863.63 |
| ████4561 | 34,986.96 |
| ████4476 | 27,978.25 |
| ████4529 | 21,491.90 |
| ████4038 | 15,342.83 |
| ████4674 | 15,372.48 |
| ████6836 | 16,481.20 |
| ████0607 | 14,158.45 |
| ████4708 | 11,913.25 |
| ████2926 | 10,530.55 |
| ████4679 | 10,541.91 |
| ████9159 | 16,297.19 |
| ████6846 | 27,171.19 |
| ████4519 | 33,932.92 |
| ████4581 | 22,840.01 |
| ████0751 | 21,819.71 |
| ████9806 | 12,509.61 |
| ████2850 | 19,700.02 |
| ████6797 | 27,346.62 |
| ████4554 | 16,561.61 |
| ████9054 | 15,095.00 |
| ████2860 | 22,077.79 |
| ████2951 | 15,764.00 |
| ████2815 | 16,000.00 |
| ████9211 | 32,813.34 |
| ████0682 | 22,836.36 |
| ████9219 | 19,950.00 |
| ████9194 | 24,559.41 |
| ████7280 | 36,737.88 |
| ████9864 | 17,576.01 |
| ████2808 | 28,248.06 |
| ████9815 | 13,979.44 |
| ████9805 | 22,742.18 |
| ████2837 | 26,015.00 |
| ████2820 | 16,724.39 |
| ████8120 | 17,699.39 |
| ████0594 | 31,965.08 |
| ████2962 | 16,722.00 |
| ████2915 | 15,109.48 |
| ████1689 | 18,561.06 |
| ████2766 | 16,450.24 |
| ████8134 | 12,756.28 |
| ████9918 | 16,171.00 |
| ████4796 | 17,368.82 |
| ████1504 | 23,745.95 |

| WPM Account Number | Principal Balance |
|---|---|
| ▇▇▇1539 | 24,664.33 |
| ▇▇▇1706 | 22,675.79 |
| ▇▇▇1714 | 26,818.61 |
| ▇▇▇3193 | 18,941.21 |
| ▇▇▇1466 | 21,843.93 |
| ▇▇▇1463 | 19,729.53 |
| ▇▇▇0626 | 21,051.94 |
| ▇▇▇1559 | 22,221.36 |
| ▇▇▇6639 | 28,000.00 |
| ▇▇▇3283 | 17,024.76 |
| ▇▇▇3243 | 21,576.26 |
| ▇▇▇2876 | 17,878.41 |
| ▇▇▇9244 | 16,906.51 |
| ▇▇▇3208 | 18,364.04 |
| ▇▇▇3218 | 21,073.88 |
| ▇▇▇1353 | 18,467.27 |
| ▇▇▇1389 | 30,789.99 |
| ▇▇▇7714 | 17,105.25 |
| ▇▇▇0640 | 18,846.83 |
| ▇▇▇3900 | 20,422.69 |
| ▇▇▇6971 | 17,618.33 |
| ▇▇▇0655 | 21,141.03 |
| ▇▇▇9791 | 18,466.46 |
| ▇▇▇9254 | 18,535.48 |
| ▇▇▇2994 | 14,568.76 |
| ▇▇▇2780 | 19,493.48 |
| ▇▇▇8180 | 21,558.20 |
| ▇▇▇5734 | 18,327.96 |
| ▇▇▇1427 | 20,981.87 |
| ▇▇▇6666 | 13,450.63 |
| ▇▇▇2891 | 15,284.58 |
| ▇▇▇9984 | 16,584.73 |
| ▇▇▇4738 | 28,050.14 |
| ▇▇▇1493 | 17,262.89 |
| ▇▇▇1495 | 22,545.60 |
| ▇▇▇4730 | 50,507.83 |
| ▇▇▇7269 | 16,829.18 |
| ▇▇▇5340 | 19,689.00 |
| ▇▇▇7245 | 29,800.00 |
| ▇▇▇1031 | 21,759.15 |
| ▇▇▇8890 | 27,146.12 |
| ▇▇▇5757 | 22,843.26 |
| ▇▇▇3283 | 24,862.47 |
| ▇▇▇0894 | 20,056.66 |
| ▇▇▇3146 | 17,900.07 |
| ▇▇▇4510 | 23,812.06 |

| WPM Account Number | Principal Balance |
|---|---|
| ▮▮▮▮1944 | 18,805.28 |
| ▮▮▮▮3168 | 16,605.11 |
| ▮▮▮▮3274 | 16,475.31 |
| ▮▮▮▮7871 | 14,948.67 |
| ▮▮▮▮4061 | 21,403.89 |
| ▮▮▮▮0907 | 21,251.45 |
| ▮▮▮▮1955 | 11,976.58 |
| ▮▮▮▮7717 | 14,851.48 |
| ▮▮▮▮9137 | 12,180.82 |
| ▮▮▮▮7317 | 19,209.49 |
| ▮▮▮▮8207 | 21,236.63 |
| ▮▮▮▮7333 | 19,373.70 |
| ▮▮▮▮1418 | 17,554.98 |
| ▮▮▮▮3257 | 29,461.19 |
| ▮▮▮▮3297 | 13,861.70 |
| ▮▮▮▮6651 | 10,716.10 |
| ▮▮▮▮3872 | 9,505.11 |
| ▮▮▮▮3218 | 14,352.09 |
| ▮▮▮▮3297 | 19,483.00 |
| ▮▮▮▮1003 | 18,399.58 |
| ▮▮▮▮8374 | 17,081.82 |
| ▮▮▮▮7325 | 14,469.61 |
| ▮▮▮▮9973 | 20,810.00 |
| ▮▮▮▮1338 | 19,551.45 |
| ▮▮▮▮4774 | 20,285.90 |
| ▮▮▮▮4779 | 17,944.32 |
| ▮▮▮▮0776 | 44,641.71 |
| ▮▮▮▮8606 | 31,017.60 |
| ▮▮▮▮8562 | 23,489.67 |
| ▮▮▮▮9513 | 40,568.55 |
| ▮▮▮▮4635 | 16,664.94 |
| ▮▮▮▮0861 | 28,976.94 |
| ▮▮▮▮5415 | 34,352.99 |
| ▮▮▮▮0807 | 30,956.35 |
| ▮▮▮▮1529 | 21,051.39 |
| ▮▮▮▮4484 | 20,055.34 |
| ▮▮▮▮4945 | 26,918.61 |
| ▮▮▮▮0723 | 26,553.87 |
| ▮▮▮▮4370 | 40,171.04 |
| ▮▮▮▮5284 | 30,640.51 |
| ▮▮▮▮5886 | 15,252.53 |
| ▮▮▮▮7427 | 22,728.47 |
| ▮▮▮▮9570 | 44,921.37 |
| ▮▮▮▮8885 | 26,890.69 |
| ▮▮▮▮5257 | 21,866.21 |
| ▮▮▮▮4896 | 27,395.00 |

| WPM Account Number | Principal Balance |
|---|---|
| ▇▇▇5435 | 29,986.19 |
| ▇▇▇5272 | 13,986.24 |
| ▇▇▇8849 | 23,419.84 |
| ▇▇▇5410 | 45,969.01 |
| ▇▇▇5261 | 26,478.15 |
| ▇▇▇8916 | 33,517.94 |
| ▇▇▇8762 | 54,377.01 |
| ▇▇▇5125 | 22,453.35 |
| ▇▇▇5912 | 19,382.07 |
| ▇▇▇7479 | 20,194.25 |
| ▇▇▇5732 | 19,048.66 |
| ▇▇▇7830 | 19,262.79 |
| ▇▇▇1038 | 21,515.96 |
| ▇▇▇0589 | 24,348.79 |
| ▇▇▇5720 | 24,012.77 |
| ▇▇▇9224 | 16,924.13 |
| ▇▇▇9243 | 31,790.56 |
| ▇▇▇5929 | 18,934.70 |
| ▇▇▇7453 | 14,234.16 |
| ▇▇▇0629 | 17,803.77 |
| ▇▇▇5707 | 16,955.10 |
| ▇▇▇0607 | 20,544.31 |
| ▇▇▇3807 | 13,847.00 |
| ▇▇▇7636 | 20,662.93 |
| ▇▇▇3822 | 23,706.65 |
| ▇▇▇0795 | 19,828.00 |
| ▇▇▇7687 | 19,619.72 |
| ▇▇▇7627 | 26,836.84 |
| ▇▇▇3248 | 18,884.87 |
| ▇▇▇0895 | 22,288.38 |
| ▇▇▇7780 | 16,778.68 |
| ▇▇▇0873 | 23,620.20 |
| ▇▇▇3119 | 20,988.30 |
| ▇▇▇4481 | 28,439.84 |
| ▇▇▇3889 | 38,793.13 |
| ▇▇▇7774 | 21,628.10 |
| ▇▇▇3223 | 26,676.64 |
| ▇▇▇4147 | 17,834.50 |
| ▇▇▇0828 | 20,840.95 |
| ▇▇▇4112 | 19,601.12 |
| ▇▇▇0955 | 16,119.28 |
| ▇▇▇1966 | 23,749.61 |
| ▇▇▇4450 | 28,881.90 |
| ▇▇▇8386 | 17,577.22 |
| ▇▇▇6774 | 27,795.90 |
| ▇▇▇6929 | 14,425.70 |

| WPM Account Number | Principal Balance |
|---|---|
| ▇4575 | 26,895.93 |
| ▇9800 | 36,743.00 |
| ▇4689 | 27,072.00 |
| ▇9066 | 23,446.00 |
| ▇4076 | 22,435.60 |
| ▇9110 | 22,621.00 |
| ▇9119 | 23,778.93 |
| ▇3312 | 29,687.99 |
| ▇0625 | 38,606.00 |
| ▇4547 | 15,776.07 |
| ▇2445 | 22,287.37 |
| ▇6803 | 19,776.16 |
| ▇0876 | 23,104.16 |
| ▇6786 | 22,848.84 |
| ▇0702 | 13,857.03 |
| ▇4486 | 11,047.18 |
| ▇0667 | 39,850.89 |
| ▇0609 | 15,290.67 |
| ▇8362 | 19,149.73 |
| ▇9083 | 14,491.01 |
| ▇0695 | 21,879.53 |
| ▇2933 | 22,189.60 |
| ▇9835 | 13,163.24 |
| ▇3015 | 19,219.16 |
| ▇3022 | 16,347.04 |
| ▇0714 | 25,073.23 |
| ▇7265 | 23,904.32 |
| ▇7254 | 26,806.73 |
| ▇9943 | 9,678.09 |
| ▇9143 | 18,264.81 |
| ▇2843 | 19,535.10 |
| ▇9229 | 14,886.40 |
| ▇2825 | 24,064.93 |
| ▇8113 | 18,830.77 |
| ▇2097 | 32,855.02 |
| ▇4620 | 31,496.02 |
| ▇0638 | 17,500.57 |
| ▇2754 | 25,601.48 |
| ▇2721 | 22,000.20 |
| ▇9822 | 22,530.89 |
| ▇2739 | 24,039.63 |
| ▇2854 | 15,999.12 |
| ▇4770 | 30,823.73 |
| ▇9855 | 33,085.59 |
| ▇2808 | 13,735.07 |
| ▇9955 | 22,493.98 |

| WPM Account Number | Principal Balance |
|---|---|
| ███7301 | 14,114.97 |
| ███2759 | 20,978.33 |
| ███2797 | 21,550.00 |
| ███1380 | 15,785.85 |
| ███1315 | 11,385.00 |
| ███9923 | 20,420.33 |
| ███9933 | 14,282.93 |
| ███1510 | 17,002.32 |
| ███5723 | 20,194.02 |
| ███2112 | 26,162.31 |
| ███4755 | 18,154.28 |
| ███1724 | 10,892.47 |
| ███6659 | 12,497.06 |
| ███1486 | 25,281.11 |
| ███5713 | 14,439.00 |
| ███5683 | 13,250.74 |
| ███9259 | 22,878.57 |
| ███4786 | 27,249.05 |
| ███5665 | 28,520.87 |
| ███2931 | 23,272.45 |
| ███0721 | 12,542.32 |
| ███6679 | 32,497.33 |
| ███5695 | 18,117.83 |
| ███5675 | 15,830.93 |
| ███2921 | 7,694.84 |
| ███3293 | 15,774.06 |
| ███1374 | 8,971.69 |
| ███3232 | 24,530.85 |
| ███4698 | 16,463.65 |
| ███1549 | 25,873.00 |
| ███5660 | 27,841.59 |
| ███2886 | 23,813.33 |
| ███2993 | 15,404.00 |
| ███2936 | 18,552.82 |
| ███1468 | 38,332.23 |
| ███5597 | 26,284.46 |
| ███2929 | 21,051.30 |
| ███2906 | 22,191.52 |
| ███2939 | 31,004.86 |
| ███7355 | 14,441.34 |
| ███7210 | 19,059.47 |
| ███5837 | 15,872.85 |
| ███2938 | 15,579.84 |
| ███1031 | 21,682.99 |
| ███0870 | 28,451.77 |
| ███0637 | 12,000.00 |

| WPM Account Number | Principal Balance |
|---|---|
| ▮▮▮▮2785 | 13,322.60 |
| ▮▮▮▮1363 | 27,317.90 |
| ▮▮▮▮2945 | 12,648.68 |
| ▮▮▮▮2908 | 22,827.00 |
| ▮▮▮▮1449 | 22,799.82 |
| ▮▮▮▮3272 | 22,197.00 |
| ▮▮▮▮5378 | - |
| ▮▮▮▮7303 | - |
| ▮▮▮▮4413 | - |
| ▮▮▮▮5868 | - |
| ▮▮▮▮4495 | - |
| ▮▮▮▮4105 | - |
| ▮▮▮▮2830 | - |
| ▮▮▮▮2980 | - |
| ▮▮▮▮9966 | - |
| ▮▮▮▮6690 | - |
| ▮▮▮▮2883 | - |
| ▮▮▮▮5719 | - |
| ▮▮▮▮4882 | - |
| ▮▮▮▮0974 | - |
| ▮▮▮▮2000 | - |
| ▮▮▮▮2025 | - |
| ▮▮▮▮1442 | - |
| ▮▮▮▮4756 | - |
| ▮▮▮▮5526 | - |
| ▮▮▮▮0741 | - |
| ▮▮▮▮0832 | - |
| ▮▮▮▮4763 | - |
| ▮▮▮▮5910 | - |
| ▮▮▮▮0933 | - |
| ▮▮▮▮4903 | - |
| ▮▮▮▮8919 | - |
| ▮▮▮▮8899 | - |
| ▮▮▮▮4797 | - |
| ▮▮▮▮5457 | - |
| ▮▮▮▮8908 | - |
| ▮▮▮▮7462 | - |
| ▮▮▮▮5926 | - |
| ▮▮▮▮7596 | - |
| ▮▮▮▮7644 | - |
| ▮▮▮▮4439 | - |
| ▮▮▮▮0866 | - |
| ▮▮▮▮4699 | - |
| ▮▮▮▮6961 | - |
| ▮▮▮▮2476 | - |
| ▮▮▮▮6869 | - |

| WPM Account Number | Principal Balance |
|---|---|
| ████4511 | - |
| ████2487 | - |
| ████0670 | - |
| ████4666 | - |
| ████6895 | - |
| ████2033 | - |
| ████7727 | - |
| ████2898 | - |
| ████4497 | - |
| ████8351 | - |
| ████9107 | - |
| ████9091 | - |
| ████9846 | - |
| ████6886 | - |
| ████3006 | - |
| ████2105 | - |
| ████7272 | - |
| ████8190 | - |
| ████4730 | - |
| ████4168 | - |
| ████4747 | - |
| ████2732 | - |
| ████1527 | - |
| ████1405 | - |
| ████2973 | - |
| ████5698 | - |
| ████2800 | - |
| ████8160 | - |
| ████9902 | - |
| ████4716 | - |
| ████5664 | - |
| ████1330 | - |
| ████5691 | - |
| ████2981 | - |
| ████5680 | - |
| ████5759 | - |
| ████5709 | - |
| ████5675 | - |
| ████5578 | - |
| ████5745 | - |
| ████8128 | - |
| ████8145 | - |
| ████5569 | - |
| ████5733 | - |
| ████0873 | 31,722.14 |
| ████5650 | 26,322.67 |

| WPM Account Number | Principal Balance |
|---|---|
| ▉7262 | 14,798.18 |
| ▉1860 | 20,473.14 |
| ▉1839 | 28,787.00 |
| ▉9265 | 22,524.00 |
| ▉4521 | 18,686.33 |
| ▉2122 | 19,541.00 |
| ▉9120 | 39,399.00 |
| ▉3836 | 22,408.06 |
| ▉3267 | 22,339.50 |
| ▉7710 | 15,600.00 |
| ▉9838 | 16,575.00 |
| ▉4714 | 21,937.99 |
| ▉4596 | 21,244.82 |
| ▉2983 | 18,009.00 |
| ▉5898 | 17,987.60 |
| ▉1014 | 29,321.00 |
| ▉4185 | 22,257.00 |
| ▉9154 | 14,810.95 |
| ▉0963 | 34,036.76 |
| ▉6901 | 22,498.15 |
| ▉0929 | - |
| ▉3103 | - |
| ▉4462 | - |
| ▉4698 | 26,877.47 |
| ▉4448 | 17,217.40 |
| ▉7379 | 26,212.91 |
| ▉7442 | 27,267.48 |
| ▉8879 | 29,074.11 |
| ▉6018 | 29,087.00 |
| ▉5912 | 20,067.22 |
| ▉1051 | 24,453.63 |
| ▉2947 | 27,806.51 |
| ▉0941 | 21,070.33 |
| ▉3529 | 21,749.00 |
| ▉0876 | 20,012.06 |
| ▉4647 | 16,963.25 |
| ▉8396 | 19,046.62 |
| ▉7694 | 18,240.93 |
| ▉5329 | 45,196.46 |
| ▉2932 | 15,158.78 |
| ▉0674 | 16,731.13 |
| ▉7246 | 18,882.00 |
| ▉7668 | 19,206.90 |
| ▉7808 | 20,649.04 |
| ▉4460 | 14,783.00 |
| ▉7292 | 26,435.00 |

| WPM Account Number | Principal Balance |
|---|---|
| ███9097 | 25,440.00 |
| ███6825 | 8,379.63 |
| ███5497 | 4,236.03 |
| ███8626 | 3,140.81 |
| ███0655 | 18,152.38 |
| ███3908 | 1,107.46 |
| ███0859 | 7,213.16 |
| ███8153 | 15,630.06 |
| ███0844 | 3,578.86 |
| ███9881 | 18,448.25 |
| ███5574 | 17,842.23 |
| 747.00 | 14,186,772.92 |