LAW OFFICES
# LIEBLER, GONZALEZ & PORTUONDO
COURTHOUSE TOWER
44 WEST FLAGLER STREET
TWENTY-FIFTH FLOOR
MIAMI, FLORIDA 33130

JAMES R. LIEBLER II, ESQ.  
E-MAIL JRLII@LGPLAW.COM

TELEPHONE: (305) 379-0400  
FACSIMILE: (305) 379-9626

December 13, 2022

*<u>VIA EMAIL</u>*

Mr. Bruce Black  
Mr. Ryan Rochefort  
Atlantic Auto Finance Group, LLC  
800 Village Square Crossing, Suite 350  
Palm Beach Gardens, FL 33410  

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  
▮▮▮▮▮▮▮▮▮▮▮  

      Re:    **DEMAND FOR PAYMENTS AND NOTICE OF DEFAULT**  
              **Atlantic Auto Finance Group, LLC**  
              **(Our File No. 552-0007)**

Dear Messrs. Black and Rochefort:

This law office represents Agora Data, Inc. ("Agora"). Agora has asked us to work with you to resolve several pending issues regarding auto dealers not being funded and monies not being wired to Agora for required buybacks in a sincere attempt to keep this relationship from accelerating into a cash trap and under section 2.8 of the Master Receivables Agreement ("MRA"). We believe we can amicably resolve these matters quickly if Atlantic complies with the items below.

Agora is owed, and Atlantic is responsible to remit, the following amounts on the corresponding accounts:

    a. $20,069.21 – McClain;  
    b. $15,345.52 - Brinkley;  
    c. $24,607.99 – House;  
    d. $19,236.61 – Alexander;  
    e. $21,830.33 – Norton;  
    f. $20,590.63 – Yesmel Lopez (Machado Auto Sales); and  
    g. $16,779.95 – Maikel Leiva (Machado Auto Sales.  

**TOTAL - $138,460.24**

Multiple dealers have advised our client that these accounts were not funded and Agora has

**Atlantic Demand Letter**
**December 13, 2022**
**Page | 2**

voided the account off of its servicing system. In order to preserve the relationship, please remit these funds within 24 hours of the date of this letter.

Additionally, within 10 days from the date of this Letter, Agora requests Atlantic to:

1) Fund all dealers on all retail installment contracts sold, assigned, or pledged to WALT, LLC, and any of its affiliates and subsidiaries.
   a. In the event Agora discovers additional unfunded dealers, Atlantic is to wire Agora the repurchase price within 24-hours ;
2) Ensure all retail installment contracts are secured by a vehicle with a perfected first lien in the name of Atlantic and assigned to Agora, or an Agora entity, and not to release any lien without Agora's express, written permission;
3) Refrain from interfering with the contractual relationship between Agora and the consumer on the loan; and
4) Timely forward any and all notices pursuant to the MRA provisions.

If Atlantic complies with all requirements set forth herein, we will not be forced to recommend that Agora take all legal actions to protect their interests and seek recoupment for all attorney's fees and costs.

Again, we genuinely hope to reach a resolution of these issues. Should you have any questions, or which to discuss this matter further, please contact me.

Sincerely,

*/s/ James R. Liebler*
JAMES R. LIEBLER, II

JRLII/iss