# COMPOSITE
# EXHIBIT 5

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### (WEST PALM BEACH DIVISION)

WALTER AUTO LOAN TRUST;
AGORATRADE LLC; AGORATRADE
LLC as Trust Manager and Beneficiary of the
Walter Auto Loan Trust; AGORA DATA,
INC.; and WALT, LLC,

        Plaintiffs,

vs.

ATLANTIC ACCEPTANCE CORP,
ATLANTIC ACCEPTANCE HOLDINGS
LLC, and ATLANTIC AUTO FINANCE
GROUP, BRUCE BLACK, individually,
RYAN ROCHEFORT, individually,

        Defendants.

_____/

CASE NO. 23-CV-80007-WPD

## DECLARATION

I, Babak Jahanfardian pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am over 18 years of age and competent to make this declaration. I submit this declaration ("Declaration") based upon my personal knowledge concerning the matters set forth herein. If called upon, I could and would testify to its accuracy.

2.    I am the President at Atlanta Direct Auto (the "Dealership").

3.    The Dealership entered into a Master Dealer Agreement with Atlantic Acceptance Corp. ("Atlantic") whereby the Dealership would originate Retail Installment Sales Contracts ("Contracts") with its customers for the purchase and sale of automobiles and the Dealership would sell certain Contracts it originated to Atlantic subject to Atlantic's approval.

4.    Once Atlantic approved the purchase of a Contract from the Dealership, Atlantic would be required to furnish the Dealership the purchase price of the Contract.

5.    The Dealership sold two Contracts to Atlantic and, to date, the Dealership has not received the required purchase price from Atlantic.

6.    Specifically, Atlantic has not furnished the purchase price of two (2) Contracts : (1) Brandon Johnson, Reference Number 2623683-2475770, 2015 GMC Yukon, VIN Number 1GKS2CKJXFR650179, and (2) Perinthia Price, Reference Number 2615253-2466870, 2015 Hyundai Genesis, VIN Number: KMHGN4JEXFU100086, that Atlantic purchased from the Dealership, despite the Dealership transferring the Contracts and all supporting documents to Atlantic.

7.    As of the execution of this Declaration, Atlantic owes the Dealership $56,054.76 as follows: $32,292.96   for Brandon Johnson Reference Number: 2623683-2475770, and $23,761.80 for Perinthia Price Ref#2615253-2466870 in outstanding purchase price payments.

8.    In addition to the outstanding amounts due to the Dealership, the Dealership's business has been irreparably damaged by Atlantic's failure to make the required payments and the Dealership's relationships with its customer base has been adversely affected.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/1/2023.

Signed by Babak Jahanfardian

Sworn to and subscribed before this
1st day of February, 2023

Commission Expires: 6.8.2026

**Lexus Haven**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(WEST PALM BEACH DIVISION)**

WALTER AUTO LOAN TRUST;
AGORATRADE LLC; AGORATRADE
LLC as Trust Manager and Beneficiary of the
Walter Auto Loan Trust; AGORA DATA,
INC.; and WALT, LLC,

        Plaintiffs,

vs.

ATLANTIC ACCEPTANCE CORP,
ATLANTIC ACCEPTANCE HOLDINGS
LLC, and ATLANTIC AUTO FINANCE
GROUP, BRUCE BLACK, individually,
RYAN ROCHEFORT, individually,

        Defendants.

CASE NO. 23-CV-80007-WPD

_____/

## <u>DECLARATION</u>

I, Christopher Doherty pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am over 18 years of age and competent to make this declaration. I submit this declaration ("Declaration") based upon my personal knowledge concerning the matters set forth herein. If called upon, I could and would testify to its accuracy.

2.      I am a Manager at South Atlanta Motors, LLC d/b/a Honda South (the "Dealership").

3.      The Dealership entered into a Master Dealer Agreement with Atlantic Acceptance Corp. ("Atlantic") whereby the Dealership would originate Retail Installment Sales Contracts ("Contracts") with its customers for the purchase and sale of automobiles and the Dealership would sell certain Contracts it originated to Atlantic subject to Atlantic's approval.

4.      Once Atlantic approved the purchase of a Contract from the Dealership, Atlantic would be required to furnish the Dealership the purchase price of the Contract.

5.      The Dealership sold one or more Contracts to Atlantic and, to date, the Dealership has not  received the required purchase price from Atlantic.

6.      Specifically, Atlantic has not furnished the purchase price of 9 Contracts that Atlantic purchased from the Dealership, despite the Dealership transferring the Contracts and all supporting documents to Atlantic.

7.      As of the execution of this Declaration, Atlantic owes the Dealership $181,723.48 in outstanding purchase price payments of which $96,653 was NSF Checks received by Dealership.

8.      In addition to the outstanding amounts due to the Dealership, the Dealership's business has been irreparably damaged by Atlantic's failure to make the required payments and the Dealership's relationships with its customer base has been adversely affected.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 2, 2023

Signed by Christopher Doherty

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(WEST PALM BEACH DIVISION)**

WALTER   AUTO   LOAN   TRUST;              CASE NO. 23-CV-80007-WPD
AGORATRADE LLC; AGORATRADE
LLC as Trust Manager and Beneficiary of
the Walter Auto Loan Trust; AGORA
DATA, INC.; and WALT, LLC,

        Plaintiffs,

vs.

ATLANTIC   ACCEPTANCE   CORP,
ATLANTIC ACCEPTANCE HOLDINGS
LLC, and ATLANTIC AUTO FINANCE
GROUP,   BRUCE   BLACK,  individually,
RYAN ROCHEFORT, individually,

        Defendants.

_____/

## <u>DECLARATION</u>

I, HENRY L BROWN III    pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am over 18 years of age and competent to make this declaration. I submit this declaration ("Declaration") based upon my personal knowledge concerning the matters set forth herein. If called upon, I could and would testify to its accuracy.

2.      I am the sole OWNER    of    BROWN'S AUTOMOTIVE GROUP LLC (the "Dealership").

3.      The Dealership entered into a Master Dealer Agreement with Atlantic Acceptance Corp. ("Atlantic") whereby the Dealership would originate Retail Installment Sales Contracts ("Contracts") with its customers for the purchase and sale of automobiles and the Dealership would sell certain Contracts it originated to Atlantic subject to Atlantic's approval.

4.      Once Atlantic approved the purchase of a Contract from the Dealership, Atlantic would be required to furnish the Dealership the purchase price of the Contract.

5.      The Dealership sold one or more Contracts to Atlantic and, to date, the Dealership has not  received the required purchase price from Atlantic.

6.      Specifically, Atlantic has not furnished the purchase price of one of the Contracts that Atlantic purchased from the Dealership, despite the Dealership transferring the Contracts and all supporting documents to Atlantic.

7.      As of the execution of this Declaration, Atlantic owes the Dealership with interest and fees $20,000.00 in outstanding purchase price payments.

8.      In addition to the outstanding amounts due to the Dealership, the Dealership's business has been irreparably damaged by Atlantic's failure to make the required payments and the Dealership's relationships with its customer base has been adversely affected.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/04/2023

Signed by HENRY L BROWN III

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(WEST PALM BEACH DIVISION)**

WALTER AUTO LOAN TRUST;
AGORATRADE LLC; AGORATRADE
LLC as Trust Manager and Beneficiary of
the Walter Auto Loan Trust; AGORA
DATA, INC.; and WALT, LLC,

CASE NO. 23-CV-80007-WPD

        Plaintiffs,

vs.

ATLANTIC ACCEPTANCE CORP,
ATLANTIC ACCEPTANCE HOLDINGS
LLC, and ATLANTIC AUTO FINANCE
GROUP, BRUCE BLACK, individually,
RYAN ROCHEFORT, individually,

        Defendants.

_____/

## DECLARATION

I, [Yussef Ihmoud] pursuant to 28 U.S.C. § 1746, declare as follows:

- I am over 18 years of age and competent to make this declaration. I submit this

declaration ("Declaration") based upon my personal knowledge concerning the matters set

forth herein. If called upon, I could and would testify to its accuracy.

- I am a [Owner] at [Auto Outlet Group] (the "Dealership").

- The Dealership entered into a Master Dealer Agreement with Atlantic

Acceptance Corp. ("Atlantic") whereby the Dealership would originate Retail Installment

Sales Contracts ("Contracts") with its customers for the purchase and sale of automobiles

and the Dealership would sell certain Contracts it originated to Atlantic subject to

Atlantic's approval.

1

- Once Atlantic approved the purchase of a Contract from the Dealership, Atlantic would be required to furnish the Dealership the purchase price of the Contract.

- The Dealership sold one or more Contracts to Atlantic and, to date, the Dealership has not received the required purchase price from Atlantic.

- Specifically, Atlantic has not furnished the purchase price of [1] Contracts that Atlantic purchased from the Dealership, despite the Dealership transferring the Contracts and all supporting documents to Atlantic.

- As of the execution of this Declaration, Atlantic owes the Dealership [17127.00] in outstanding purchase price payments.

- In addition to the outstanding amounts due to the Dealership, the Dealership's business has been irreparably damaged by Atlantic's failure to make the required payments and the Dealership's relationships with its customer base has been adversely affected.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on [1/30/2023

Signed by [Yussef Ihmoud]

_____ [Yussef

Ihmoud]

Scanned with CamScanner

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## (WEST PALM BEACH DIVISION)

WALTER AUTO LOAN TRUST;
AGORATRADE LLC; AGORATRADE
LLC as Trust Manager and Beneficiary of
the Walter Auto Loan Trust; AGORA
DATA, INC.; and WALT, LLC,

           Plaintiffs,

vs.

ATLANTIC ACCEPTANCE CORP,
ATLANTIC ACCEPTANCE HOLDINGS
LLC, and ATLANTIC AUTO FINANCE
GROUP, BRUCE BLACK, individually,
RYAN ROCHEFORT, individually,

           Defendants.

_____/

CASE NO. 23-CV-80007-WPD

## <u>DECLARATION</u>

I, Brian Andersen pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am over 18 years of age and competent to make this declaration. I submit this declaration ("Declaration") based upon my personal knowledge concerning the matters set forth herein. If called upon, I could and would testify to its accuracy.

2.     I am a General Sales Manager at Springfield Mitsubishi (the "Dealership").

3.     The Dealership entered into a Master Dealer Agreement with Atlantic Acceptance Corp. ("Atlantic") whereby the Dealership would originate Retail Installment Sales Contracts ("Contracts") with its customers for the purchase and sale of automobiles and the Dealership would sell certain Contracts it originated to Atlantic subject to Atlantic's approval.

4.     Once Atlantic approved the purchase of a Contract from the Dealership, Atlantic would be required to furnish the Dealership the purchase price of the Contract.

5.     The Dealership sold one or more Contracts to Atlantic and, to date, the Dealership has not received the required purchase price from Atlantic.

6.      Specifically, Atlantic has not furnished the purchase price of EIGHT Contracts that Atlantic purchased from the Dealership, despite the Dealership transferring the Contracts and all supporting documents to Atlantic.

7.      As of the execution of this Declaration, Atlantic owes the Dealership $187,700.15 in outstanding purchase price payments.

8.      In addition to the outstanding amounts due to the Dealership, the Dealership's business has been irreparably damaged by Atlantic's failure to make the required payments and the Dealership's relationships with its customer base has been adversely affected.

I declareunder penalty of perjury that the foregoing is true and correct.

Executed on 1/30/2023

Signed by Brian Andersen

_____

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA (WEST PALM BEACH DIVISION)

| | |
|---|---|
| WALTER AUTO          LOAN TRUST; AGORATRADE LLC; AGORATRADE LLC as Trust Manager and Beneficiary of the Walter Auto Loan Trust; AGORA DATA, INC.; and WALT, LLC,<br><br>            Plaintiffs,<br><br>vs.<br><br>ATLANTIC    ACCEPTANCE        CORP, ATLANTIC ACCEPTANCE HOLDINGS LLC, and ATLANTIC AUTO FINANCE GROUP, BRUCE BLACK, individually, RYAN ROCHEFORT, individually,<br><br>            Defendants. | CASE NO. 23-CV-80007-WPD |

---

## DECLARATION

1, Adrian Sánchez pursuant to 28 U.S.C. 1746, declare as follows:

1.    I am over 18 years of age and competent to make this declaration. I submit this declaration ("Declaration") based upon my personal knowledge concerning the matters set forth herein. If called upon, I could and would testify to its accuracy.

2.    1 am the owner at ADK Auto Sales LLC  (the "Dealership").

3.    The Dealership entered into a Master Dealer Agreement with Atlantic Acceptance Corp. ("Atlantic") whereby the Dealership would originate Retail Installment Sales Contracts ("Contracts") with its customers for the purchase and sale of automobiles and the Dealership would sell certain Contracts it originated to Atlantic subject to Atlantic's approval.

4.    Once Atlantic approved the purchase of a Contract from the Dealership, Atlantic would be required to furnish the Dealership the purchase price of the Contract.

5.      The Dealership sold one or more Contracts to Atlantic and, to date, the Dealership has not received the required purchase price from Atlantic.

6.      Specifically, Atlantic has not furnished the purchase price of one Contract that Atlantic purchased from the Dealership, despite the Dealership transferring the Contracts and all supporting documents to Atlantic.

7.      As of the execution of this Declaration, Atlantic owes the Dealership $22,987.17 in outstanding purchase price payments.

8.      In addition to the outstanding amounts due to the Dealership, the Dealership's business has been irreparably damaged by Atlantic's failure to make the required payments and the Dealership's relationships with its customer base has been adversely affected.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/31/2023.

Signed by Adrian Sánchez

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(WEST PALM BEACH DIVISION)**

WALTER AUTO LOAN TRUST;                    CASE NO. 23-CV-80007-WPD
AGORATRADE LLC; AGORATRADE
LLC as Trust Manager and Beneficiary of
the Walter Auto Loan Trust; AGORA
DATA, INC.; and WALT, LLC,

          Plaintiffs,

vs.

ATLANTIC ACCEPTANCE CORP,
ATLANTIC ACCEPTANCE HOLDINGS
LLC, and ATLANTIC AUTO FINANCE
GROUP, BRUCE BLACK, individually,
RYAN ROCHEFORT, individually,

          Defendants.

_____/

## **DECLARATION**

I, Vadim Cheban pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am over 18 years of age and competent to make this declaration. I submit this declaration ("Declaration") based upon my personal knowledge concerning the matters set forth herein. If called upon, I could and would testify to its accuracy.

2.    I am an owner at Merit Auto Group LLC (the "Dealership").

3.    The Dealership entered into a Master Dealer Agreement with Atlantic Acceptance Corp. ("Atlantic") whereby the Dealership would originate Retail Installment Sales Contracts ("Contracts") with its customers for the purchase and sale of automobiles and the Dealership would sell certain Contracts it originated to Atlantic subject to Atlantic's approval.

4.    Once Atlantic approved the purchase of a Contract from the Dealership, Atlantic would be required to furnish the Dealership the purchase price of the Contract.

5.    The Dealership sold one or more Contracts to Atlantic and, to date, the Dealership has not received the required purchase price from Atlantic.

6.     Specifically, Atlantic has not furnished the purchase price of four Contracts that Atlantic purchased from the Dealership, despite the Dealership transferring the Contracts and all supporting documents to Atlantic.

7.     As of the execution of this Declaration, Atlantic owes the Dealership $67,864.96 in outstanding purchase price payments.

8.     In addition to the outstanding amounts due to the Dealership, the Dealership's business has been irreparably damaged by Atlantic's failure to make the required payments and the Dealership's relationships with its customer base has been adversely affected.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/02/2023

Signed by Vadim Cheban

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(WEST PALM BEACH DIVISION)**

WALTER AUTO LOAN TRUST;                    CASE NO. 23-CV-80007-WPD
AGORATRADE LLC; AGORATRADE
LLC as Trust Manager and Beneficiary of the
Walter Auto Loan Trust; AGORA DATA,
INC.; and WALT, LLC,

          Plaintiffs,

vs.

ATLANTIC   ACCEPTANCE   CORP,
ATLANTIC ACCEPTANCE HOLDINGS
LLC, and ATLANTIC AUTO FINANCE
GROUP, BRUCE BLACK, individually,
RYAN ROCHEFORT, individually,

          Defendants.
_____/

## DECLARATION

I, [Thomas P Torbett] pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am over 18 years of age and competent to make this declaration. I submit this declaration ("Declaration") based upon my personal knowledge concerning the matters set forth herein. If called upon, I could and would testify to its accuracy.

2.      I am a [Sales Manager] at [Brown's Auto World] (the "Dealership").

3.      The Dealership entered into a Master Dealer Agreement with Atlantic Acceptance Corp. ("Atlantic") whereby the Dealership would originate Retail Installment Sales Contracts ("Contracts") with its customers for the purchase and sale of automobiles and the Dealership would sell certain Contracts it originated to Atlantic subject to Atlantic's approval.

4.      Once Atlantic approved the purchase of a Contract from the Dealership, Atlantic would be required to furnish the Dealership the purchase price of the Contract.

5.      The Dealership sold one or more Contracts to Atlantic and, to date, the Dealership has not received the required purchase price from Atlantic.

6.    Specifically, Atlantic has not furnished the purchase price of [FIVE] Contracts that Atlantic purchased from the Dealership, despite the Dealership transferring the Contracts and all supporting documents to Atlantic.

7.    As of the execution of this Declaration, Atlantic owes the Dealership [$103,889.36, One Hundred Three Thousand Eight Hundred Eighty-Nine and .36/100 dollars] in outstanding purchase price payments.

8.    In addition to the outstanding amounts due to the Dealership, the Dealership's business has been irreparably damaged by Atlantic's failure to make the required payments and the Dealership's relationships with its customer base has been adversely affected.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on [January 30, 2023].

Signed by [Thomas P Torbett]

Thomas P. Torbett

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### (WEST PALM BEACH DIVISION)

WALTER AUTO LOAN TRUST; AGORATRADE LLC; AGORATRADE LLC as Trust Manager and Beneficiary of the Walter Auto Loan Trust; AGORA DATA, INC.; and WALT, LLC,

        Plaintiffs,

vs.

ATLANTIC ACCEPTANCE CORP, ATLANTIC ACCEPTANCE HOLDINGS LLC, and ATLANTIC AUTO FINANCE GROUP, BRUCE BLACK, individually, RYAN ROCHEFORT, individually,

        Defendants.

CASE NO. 23-CV-80007-WPD

_____/

### DECLARATION

I, [KEYVAN MOSLEMI] pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am over 18 years of age and competent to make this declaration. I submit this declaration ("Declaration") based upon my personal knowledge concerning the matters set forth herein. If called upon, I could and would testify to its accuracy.

2.    I am a [OWNER] at [ K1 AUTO ] (the "Dealership").

3.    The Dealership entered into a Master Dealer Agreement with Atlantic Acceptance Corp. ("Atlantic") whereby the Dealership would originate Retail Installment Sales Contracts ("Contracts") with its customers for the purchase and sale of automobiles and the Dealership would sell certain Contracts it originated to Atlantic subject to Atlantic's approval.

4.    Once Atlantic approved the purchase of a Contract from the Dealership, Atlantic would be required to furnish the Dealership the purchase price of the Contract.

5.    The Dealership sold one or more Contracts to Atlantic and, to date, the Dealership has not received the required purchase price from Atlantic.

6.    Specifically, Atlantic has not furnished the purchase price of [ 1 ] Contracts that Atlantic purchased from the Dealership, despite the Dealership transferring the Contracts and all supporting documents to Atlantic.

7.    As of the execution of this Declaration, Atlantic owes the Dealership [ $21.151.00] in outstanding purchase price payments.

8.    In addition to the outstanding amounts due to the Dealership, the Dealership's business has been irreparably damaged by Atlantic's failure to make the required payments and the Dealership's relationships with its customer base has been adversely affected.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on [01/30/2023].

Signed by [KEYVAN MOSLEMI]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH DIVISION)

WALTER AUTO LOAN TRUST;
AGORATRADE LLC; AGORATRADE
LLC as Trust Manager and Beneficiary of
the Walter Auto Loan Trust; AGORA
DATA, INC.; and WALT, LLC,

CASE NO. 23-CV-80007-WPD

       Plaintiffs,

vs.

ATLANTIC ACCEPTANCE CORP,
ATLANTIC ACCEPTANCE HOLDINGS
LLC, and ATLANTIC AUTO FINANCE
GROUP, BRUCE BLACK, individually,
RYAN ROCHEFORT, individually,

      Defendants.
_____/

## DECLARATION

I, Dan Whitenack, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am over 18 years of age and competent to make this declaration. I submit this declaration ("Declaration") based upon my personal knowledge concerning the matters set forth herein. If called upon, I could and would testify to its accuracy.

2.    I am a Owner at GASBI LLC /dba/ Michiana Chrysler Dodge Jeep RAM (the "Dealership").

3.    The Dealership entered into a Master Dealer Agreement with Atlantic Acceptance Corp. ("Atlantic") whereby the Dealership would originate Retail Installment Sales Contracts ("Contracts") with its customers for the purchase and sale of automobiles and the Dealership would sell certain Contracts it originated to Atlantic subject to Atlantic's approval.

4.    Once Atlantic approved the purchase of a Contract from the Dealership, Atlantic would be required to furnish the Dealership the purchase price of the Contract.

5.    The Dealership sold one or more Contracts to Atlantic and, to date, the Dealership has not received the required purchase price from Atlantic.

6.    Specifically, Atlantic has not furnished the purchase price of 3 Contracts that Atlantic purchased from the Dealership, despite the Dealership transferring the Contracts and all supporting documents to Atlantic.

7.    As of the execution of this Declaration, Atlantic owes the Dealership $62,826.47 in outstanding purchase price payments.

8.    In addition to the outstanding amounts due to the Dealership, the Dealership's business has been irreparably damaged by Atlantic's failure to make the required payments and the Dealership's relationships with its customer base has been adversely affected.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 1, 2023.

Signed by  Dan Whitenack

_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(WEST PALM BEACH DIVISION)**

WALTER AUTO LOAN TRUST;
AGORATRADE LLC; AGORATRADE
LLC as Trust Manager and Beneficiary of the
Walter Auto Loan Trust; AGORA DATA,
INC.; and WALT, LLC,

           Plaintiffs,

vs.

ATLANTIC ACCEPTANCE CORP,
ATLANTIC ACCEPTANCE HOLDINGS
LLC, and ATLANTIC AUTO FINANCE
GROUP, BRUCE BLACK, individually,
RYAN ROCHEFORT, individually,

           Defendants.

CASE NO. 23-CV-80007-WPD

_____/

## DECLARATION

I, Joel Lucero pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am over 18 years of age and competent to make this declaration. I submit this declaration ("Declaration") based upon my personal knowledge concerning the matters set forth herein. If called upon, I could and would testify to its accuracy.

2.    I am a Managing Member at VivaStreet Auto Sales LLC (the "Dealership").

3.    The Dealership entered into a Master Dealer Agreement with Atlantic Acceptance Corp. ("Atlantic") whereby the Dealership would originate Retail Installment Sales Contracts ("Contracts") with its customers for the purchase and sale of automobiles and the Dealership would sell certain Contracts it originated to Atlantic subject to Atlantic's approval.

4.    Once Atlantic approved the purchase of a Contract from the Dealership, Atlantic would be required to furnish the Dealership the purchase price of the Contract.

5.    The Dealership sold one or more Contracts to Atlantic and, to date, the Dealership has not received the required purchase price from Atlantic.

6.     Specifically, Atlantic has not furnished the purchase price of 1 Contract that Atlantic purchased from the Dealership, despite the Dealership transferring the Contracts and all supporting documents to Atlantic.

7.     As of the execution of this Declaration, Atlantic owes the Dealership $15,488.46 USD in outstanding purchase price payments.

8.     In addition to the outstanding amounts due to the Dealership, the Dealership's business has been irreparably damaged by Atlantic's failure to make the required payments and the Dealership's relationships with its customer base has been adversely affected.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/06/2023

Signed by Joel Lucero

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH DIVISION)**

WALTER   AUTO   LOAN   TRUST;          CASE NO. 23-CV-80007-WPD
AGORATRADE   LLC;   AGORATRADE
LLC as Trust Manager and Beneficiary of
the Walter Auto Loan Trust; AGORA
DATA, INC.; and WALT, LLC,

               Plaintiffs,

vs.

ATLANTIC    ACCEPTANCE    CORP,
ATLANTIC  ACCEPTANCE  HOLDINGS
LLC, and ATLANTIC AUTO FINANCE
GROUP, BRUCE BLACK, individually,
RYAN ROCHEFORT, individually,

               Defendants.

_____/

## DECLARATION

I, Ifrain Machado, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am over 18 years of age and competent to make this declaration. I submit this declaration ("Declaration") based upon my personal knowledge concerning the matters set forth herein. If called upon, I could and would testify to its accuracy.

2.     I am the Owner at Machado Auto Sales LLC (the "Dealership").

3.     The Dealership entered into a Master Dealer Agreement with Atlantic Acceptance Corp. ("Atlantic") whereby the Dealership would originate Retail Installment Sales Contracts ("Contracts") with its customers for the purchase and sale of automobiles and the Dealership would sell certain Contracts it originated to Atlantic subject to Atlantic's approval.

4.     Once Atlantic approved the purchase of a Contract from the Dealership, Atlantic would be required to furnish the Dealership the purchase price of the Contract.

5.     The Dealership sold one or more Contracts to Atlantic and, to date, the Dealership has not received the required purchase price from Atlantic.

6.      Specifically, Atlantic has not furnished the purchase price of one (1) Contract that Atlantic purchased from the Dealership, despite the Dealership transferring the Contracts and all supporting documents to Atlantic.

7.      As of the execution of this Declaration, Atlantic owes the Dealership $25,971.05 in outstanding purchase price payments.

8.      In addition to the outstanding amounts due to the Dealership, the Dealership's business has been irreparably damaged by Atlantic's failure to make the required payments and the Dealership's relationships with its customer base has been adversely affected.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/31/2023

Signed by Ifrain Machado

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(WEST PALM BEACH DIVISION)**

WALTER AUTO LOAN TRUST;
AGORATRADE LLC; AGORATRADE
LLC as Trust Manager and Beneficiary of the
Walter Auto Loan Trust; AGORA DATA,
INC.; and WALT, LLC,

        Plaintiffs,

vs.

ATLANTIC ACCEPTANCE CORP,
ATLANTIC ACCEPTANCE HOLDINGS
LLC, and ATLANTIC AUTO FINANCE
GROUP, BRUCE BLACK, individually,
RYAN ROCHEFORT, individually,

        Defendants.

CASE NO. 23-CV-80007-WPD

_____/

## DECLARATION

I, Angela Kuhl pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am over 18 years of age and competent to make this declaration. I submit this declaration ("Declaration") based upon my personal knowledge concerning the matters set forth herein. If called upon, I could and would testify to its accuracy.

2.      I am a Controller at Saturn of Port Richey Inc DBA Subaru of Port Richey (the "Dealership").

3.      The Dealership entered into a Master Dealer Agreement with Atlantic Acceptance Corp. ("Atlantic") whereby the Dealership would originate Retail Installment Sales Contracts ("Contracts") with its customers for the purchase and sale of automobiles and the Dealership would sell certain Contracts it originated to Atlantic subject to Atlantic's approval.

4.      Once Atlantic approved the purchase of a Contract from the Dealership, Atlantic would be required to furnish the Dealership the purchase price of the Contract.

5.      The Dealership sold one or more Contracts to Atlantic and, to date, the Dealership has not received the required purchase price from Atlantic.

6.  Specifically, Atlantic has not furnished the purchase price of two Contracts that Atlantic purchased from the Dealership, despite the Dealership transferring the Contracts and all supporting documents to Atlantic.

7.  As of the execution of this Declaration, Atlantic owes the Dealership $36,590.99 in outstanding purchase price payments.

8.  In addition to the outstanding amounts due to the Dealership, the Dealership's business has been irreparably damaged by Atlantic's failure to make the required payments and the Dealership's relationships with its customer base has been adversely affected.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 31, 2023

Signed by Angela Kuhl

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### (WEST PALM BEACH DIVISION)

WALTER AUTO LOAN TRUST;
AGORATRADE LLC; AGORATRADE
LLC as Trust Manager and Beneficiary of the
Walter Auto Loan Trust; AGORA DATA,
INC.; and WALT, LLC,

        Plaintiffs,

vs.

ATLANTIC ACCEPTANCE CORP,
ATLANTIC ACCEPTANCE HOLDINGS
LLC, and ATLANTIC AUTO FINANCE
GROUP, BRUCE BLACK, individually,
RYAN ROCHEFORT, individually,

        Defendants.

_____/

CASE NO. 23-CV-80007-WPD

## DECLARATION

I, [Angie Dunn] pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am over 18 years of age and competent to make this declaration. I submit this declaration ("Declaration") based upon my personal knowledge concerning the matters set forth herein. If called upon, I could and would testify to its accuracy.

2.    I am an [Owner] at [Dunn-Rite Auto Group, Inc.] (the "Dealership").

3.    The Dealership entered into a Master Dealer Agreement with Atlantic Acceptance Corp. ("Atlantic") whereby the Dealership would originate Retail Installment Sales Contracts ("Contracts") with its customers for the purchase and sale of automobiles and the Dealership would sell certain Contracts it originated to Atlantic subject to Atlantic's approval.

4.    Once Atlantic approved the purchase of a Contract from the Dealership, Atlantic would be required to furnish the Dealership the purchase price of the Contract.

5.    The Dealership sold one or more Contracts to Atlantic and, to date, the Dealership has not received the required purchase price from Atlantic.

6.     Specifically, Atlantic has not furnished the purchase price of [one] Contracts that Atlantic purchased from the Dealership, despite the Dealership transferring the Contracts and all supporting documents to Atlantic.

7.     As of the execution of this Declaration, Atlantic owes the Dealership [$20,494.00] in outstanding purchase price payments.

8.     In addition to the outstanding amounts due to the Dealership, the Dealership's business has been irreparably damaged by Atlantic's failure to make the required payments and the Dealership's relationships with its customer base has been adversely affected.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on [1/31/2023].

Signed by [Angie Dunn]

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## (WEST PALM BEACH DIVISION)

WALTER AUTO LOAN TRUST;
AGORATRADE LLC; AGORATRADE
LLC as Trust Manager and Beneficiary of the
Walter Auto Loan Trust; AGORA DATA,
INC.; and WALT, LLC,

        Plaintiffs,

vs.

ATLANTIC ACCEPTANCE CORP,
ATLANTIC ACCEPTANCE HOLDINGS
LLC, and ATLANTIC AUTO FINANCE
GROUP, BRUCE BLACK, individually,
RYAN ROCHEFORT, individually,

        Defendants.

_____/

CASE NO. 23-CV-80007-WPD

## **DECLARATION**

I, Bryan Hunter pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am over 18 years of age and competent to make this declaration. I submit this declaration ("Declaration") based upon my personal knowledge concerning the matters set forth herein. If called upon, I could and would testify to its accuracy.

2.    I am a Chief Operations Officer at CreditYes Autos (the "Dealership").

3.    The Dealership entered into a Master Dealer Agreement with Atlantic Acceptance Corp. ("Atlantic") whereby the Dealership would originate Retail Installment Sales Contracts ("Contracts") with its customers for the purchase and sale of automobiles and the Dealership would sell certain Contracts it originated to Atlantic subject to Atlantic's approval.

4.    Once Atlantic approved the purchase of a Contract from the Dealership, Atlantic would be required to furnish the Dealership the purchase price of the Contract.

5.    The Dealership sold one or more Contracts to Atlantic and, to date, the Dealership has not received the required purchase price from Atlantic.

6.      Specifically, Atlantic has not furnished the purchase price of Two Contracts that Atlantic purchased from the Dealership, despite the Dealership transferring the Contracts and all supporting documents to Atlantic.

7.      As of the execution of this Declaration, Atlantic owes the Forty Thousand Seven Hundred Seventy Two Dollars and Forty Eight Cents ($40,772.48) in outstanding purchase price payments.

8.      In addition to the outstanding amounts due to the Dealership, the Dealership's business has been irreparably damaged by Atlantic's failure to make the required payments and the Dealership's relationships with its customer base has been adversely affected.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 1, 2023

Signed by Bryan Hunter

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## (WEST PALM BEACH DIVISION)

WALTER AUTO LOAN TRUST; AGORATRADE LLC; AGORATRADE LLC as Trust Manager and Beneficiary of the Walter Auto Loan Trust; AGORA DATA, INC.; and WALT, LLC,

        Plaintiffs,

vs.

ATLANTIC ACCEPTANCE CORP, ATLANTIC ACCEPTANCE HOLDINGS LLC, and ATLANTIC AUTO FINANCE GROUP, BRUCE BLACK, individually, RYAN ROCHEFORT, individually,

        Defendants.

_____/

CASE NO. 23-CV-80007-WPD

## DECLARATION

I, Bryan Thornhill One Stop Automotive Repair LLC pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am over 18 years of age and competent to make this declaration. I submit this declaration ("Declaration") based upon my personal knowledge concerning the matters set forth herein. If called upon, I could and would testify to its accuracy.

2.     I am a owner at One Stop Automotive Repair LLC (the "Dealership").

3.     The Dealership entered into a Master Dealer Agreement with Atlantic Acceptance Corp. ("Atlantic") whereby the Dealership would originate Retail Installment Sales Contracts ("Contracts") with its customers for the purchase and sale of automobiles and the Dealership would sell certain Contracts it originated to Atlantic subject to Atlantic's approval.

4.     Once Atlantic approved the purchase of a Contract from the Dealership, Atlantic would be required to furnish the Dealership the purchase price of the Contract.

5.     The Dealership sold one or more Contracts to Atlantic and, to date, the Dealership has not received the required purchase price from Atlantic.

6.    Specifically, Atlantic has not furnished the purchase price of 3 Contracts that Atlantic purchased from the Dealership, despite the Dealership transferring the Contracts and all supporting documents to Atlantic.

7.    As of the execution of this Declaration, Atlantic owes the Dealership $38,263.85 (thirty eight thousand two hundred sixty three dollars and eighty five cents  in outstanding purchase price payments.

8.    In addition to the outstanding amounts due to the Dealership, the Dealership's business has been irreparably damaged by Atlantic's failure to make the required payments and the Dealership's relationships with its customer base has been adversely affected.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/30/2023.

Signed by Bryan Thornhill

_____[SIGNATURE]_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH DIVISION)

WALTER AUTO LOAN TRUST;
AGORATRADE LLC; AGORATRADE
LLC as Trust Manager and Beneficiary of the
Walter Auto Loan Trust; AGORA DATA,
INC.; and WALT, LLC,

Plaintiffs,

vs.

ATLANTIC ACCEPTANCE CORP,
ATLANTIC ACCEPTANCE HOLDINGS
LLC, and ATLANTIC AUTO FINANCE
GROUP, BRUCE BLACK, individually,
RYAN ROCHEFORT, individually,

Defendants.
_____/

CASE NO. 23-CV-80007-WPD

## DECLARATION

I, DAMON YOUNG pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am over 18 years of age and competent to make this declaration. I submit this declaration ("Declaration") based upon my personal knowledge concerning the matters set forth herein. If called upon, I could and would testify to its accuracy.

2.     I am a PRESIDENT at MOMENTUM MOTOR GROUP (the "Dealership").

3.     The Dealership entered into a Master Dealer Agreement with Atlantic Acceptance Corp. ("Atlantic") whereby the Dealership would originate Retail Installment Sales Contracts ("Contracts") with its customers for the purchase and sale of automobiles and the Dealership would sell certain Contracts it originated to Atlantic subject to Atlantic's approval.

4.     Once Atlantic approved the purchase of a Contract from the Dealership, Atlantic would be required to furnish the Dealership the purchase price of the Contract.

5.     The Dealership sold one or more Contracts to Atlantic and, to date, the Dealership has not received the required purchase price from Atlantic.

6.    Specifically, Atlantic has not furnished the purchase price of 3 Contracts that Atlantic purchased from the Dealership, despite the Dealership transferring the Contracts and all supporting documents to Atlantic.

7.    As of the execution of this Declaration, Atlantic owes the Dealership $59,791.00 in outstanding purchase price payments.

8.    In addition to the outstanding amounts due to the Dealership, the Dealership's business has been irreparably damaged by Atlantic's failure to make the required payments and the Dealership's relationships with its customer base has been adversely affected.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/30/2023.

Signed by DAMON YOUNG

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH DIVISION)

WALTER AUTO LOAN TRUST;
AGORATRADE LLC; AGORATRADE
LLC as Trust Manager and Beneficiary of
the Walter Auto Loan Trust; AGORA
DATA, INC.; and WALT, LLC,

        Plaintiffs,

vs.

ATLANTIC ACCEPTANCE CORP,
ATLANTIC ACCEPTANCE HOLDINGS
LLC, and ATLANTIC AUTO FINANCE
GROUP, BRUCE BLACK, individually,
RYAN ROCHEFORT, individually,

        Defendants.

CASE NO. 23-CV-80007-WPD

_____/

## DECLARATION

I, Dennis Foster, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am over 18 years of age and competent to make this declaration. I submit this declaration ("Declaration") based upon my personal knowledge concerning the matters set forth herein. If called upon, I could and would testify to its accuracy.

2.    I am the President of Gulf South Automotive Sales, LLC (the "Dealership").

3.    The Dealership entered into a Master Dealer Agreement with Atlantic Acceptance Corp. ("Atlantic") whereby the Dealership would originate Retail Installment Sales Contracts ("Contracts") with its customers for the purchase and sale of automobiles and the Dealership would sell certain Contracts it originated to Atlantic subject to Atlantic's approval.

4.    Once Atlantic approved the purchase of a Contract from the Dealership, Atlantic would be required to furnish the Dealership the purchase price of the Contract.

5.    The Dealership sold one or more Contracts to Atlantic and, to date, the Dealership has not received the required purchase price from Atlantic.

1

6.     Specifically, Atlantic has not furnished the purchase price of One Contract that Atlantic purchased from the Dealership, despite the Dealership transferring the Contract and all supporting documents to Atlantic.

7.     As of the execution of this Declaration, Atlantic owes the Dealership $18,062.65 in outstanding purchase price payments, plus $3,000.00 in attorney's fees, plus $600.00 in administrative costs for a total amount due of $21,662.65.

8.     In addition to the outstanding amounts due to the Dealership, the Dealership's business has been irreparably damaged by Atlantic's failure to make the required payments and the Dealership's relationships with its customer base has been adversely affected.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 31, 2023

Signed by Dennis Foster

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH DIVISION)

WALTER AUTO LOAN TRUST;
AGORATRADE LLC; AGORATRADE
LLC as Trust Manager and Beneficiary of
the Walter Auto Loan Trust; AGORA
DATA, INC.; and WALT, LLC.

CASE NO. 23-CV-80007-WPD

        Plaintiffs,

vs.

ATLANTIC ACCEPTANCE CORP,
ATLANTIC ACCEPTANCE HOLDINGS
LLC, and ATLANTIC AUTO FINANCE
GROUP, BRUCE BLACK, individually,
RYAN ROCHEFORT, individually,

        Defendants.

_____/

## DECLARATION

I, DENNIS HAMPTON pursuant to 28 U.S.C. § 1746, declare as follows:

- I am over 18 years of age and competent to make this declaration. I submit this declaration ("Declaration") based upon my personal knowledge concerning the matters set forth herein. If called upon, I could and would testify to its accuracy.

- I am a OWNER at DENNY'S AUTO SALES INC. (the "Dealership").

- The Dealership entered into a Master Dealer Agreement with Atlantic Acceptance Corp. ("Atlantic") whereby the Dealership would originate Retail Installment Sales Contracts ("Contracts") with its customers for the purchase and sale of automobiles and the Dealership would sell certain Contracts it originated to Atlantic subject to Atlantic's approval.

1

- Once Atlantic approved the purchase of a Contract from the Dealership, Atlantic would be required to furnish the Dealership the purchase price of the Contract.

- The Dealership sold one or more Contracts to Atlantic and, to date, the Dealership has not received the required purchase price from Atlantic.

- Specifically, Atlantic has not furnished the purchase price of 1 Contract that Atlantic purchased from the Dealership, despite the Dealership transferring the Contracts and all supporting documents to Atlantic.

- As of the execution of this Declaration, Atlantic owes the Dealership 12,926.75 in outstanding purchase price payments.

- In addition to the outstanding amounts due to the Dealership, the Dealership's business has been irreparably damaged by Atlantic's failure to make the required payments and the Dealership's relationships with its customer base has been adversely affected.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/30/2023

Signed by DENNIS HAMPTON

2

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## (WEST PALM BEACH DIVISION)

WALTER    AUTO    LOAN    TRUST;
AGORATRADE    LLC;    AGORATRADE
LLC as Trust Manager and Beneficiary of
the Walter Auto Loan Trust; AGORA
DATA, INC.; and WALT, LLC,

                Plaintiffs,

vs.

ATLANTIC    ACCEPTANCE    CORP,
ATLANTIC    ACCEPTANCE    HOLDINGS
LLC, and ATLANTIC AUTO FINANCE
GROUP, BRUCE BLACK, individually,
RYAN ROCHEFORT, individually,

                Defendants.

_____/

CASE NO. 23-CV-80007-WPD

### DECLARATION

I, Emmett Walker, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am over 18 years of age and competent to make this declaration. I submit this declaration ("Declaration") based upon my personal knowledge concerning the matters set forth herein. If called upon, I could and would testify to its accuracy.

2.      I am a manager at Motorvation, LLC (the "Dealership").

3.      The Dealership entered into a Master Dealer Agreement with Atlantic Acceptance Corp. ("Atlantic") whereby the Dealership would originate Retail Installment Sales Contracts ("Contracts") with its customers for the purchase and sale of automobiles and the Dealership would sell certain Contracts it originated to Atlantic subject to Atlantic's approval.

4.      Once Atlantic approved the purchase of a Contract from the Dealership, Atlantic would be required to furnish the Dealership the purchase price of the Contract.

5.      The Dealership sold one or more Contracts to Atlantic and, to date, the Dealership has not  received the required purchase price from Atlantic.

6.      Specifically, Atlantic has not furnished the purchase price of one contract that Atlantic purchased from the Dealership, despite the Dealership transferring the Contract and all supporting documents to Atlantic.

7.      As of the execution of this Declaration, Atlantic owes the Dealership $31,506 in outstanding purchase price payments.

8.      In addition to the outstanding amounts due to the Dealership, the Dealership's business has been irreparably damaged by Atlantic's failure to make the required payments and the Dealership's relationships with its customer base has been adversely affected.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on January 31, 2023

Signed by Emmett Walker

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### (WEST PALM BEACH DIVISION)

WALTER AUTO LOAN TRUST;
AGORATRADE LLC; AGORATRADE
LLC as Trust Manager and Beneficiary of
the Walter Auto Loan Trust; AGORA
DATA, INC.; and WALT, LLC,

         Plaintiffs,

vs.

ATLANTIC ACCEPTANCE CORP,
ATLANTIC ACCEPTANCE HOLDINGS
LLC, and ATLANTIC AUTO FINANCE
GROUP, BRUCE BLACK, individually,
RYAN ROCHEFORT, individually,

         Defendants.

CASE NO. 23-CV-80007-WPD

_____/

## DECLARATION

I, Enrique Urbina pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am over 18 years of age and competent to make this declaration. I submit this declaration ("Declaration") based upon my personal knowledge concerning the matters set forth herein. If called upon, I could and would testify to its accuracy.

2.      I am a Managing Partner at TSW Financial LLC.

3.      The Dealership entered into a Master Dealer Agreement with Atlantic Acceptance Corp. ("Atlantic") whereby the Dealership would originate Retail Installment Sales Contracts ("Contracts") with its customers for the purchase and sale of automobiles and the Dealership would sell certain Contracts it originated to Atlantic subject to Atlantic's approval.

4.      Once Atlantic approved the purchase of a Contract from the Dealership, Atlantic would be required to furnish the Dealership the purchase price of the Contract.

5.      The Dealership sold one or more Contracts to Atlantic and, to date, the Dealership has not received the required purchase price from Atlantic.

6.    Specifically, Atlantic has not furnished the purchase price of 2 (two) Contracts that Atlantic purchased from the Dealership, despite the Dealership transferring the Contracts and all supporting documents to Atlantic.

7.    As of the execution of this Declaration, Atlantic owes the Dealership $54,810.52 in outstanding purchase price payments.

8.    In addition to the outstanding amounts due to the Dealership, the Dealership's business has been irreparably damaged by Atlantic's failure to make the required payments and the Dealership's relationships with its customer base has been adversely affected.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/30/23

Signed by Enrique Urbina

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(WEST PALM BEACH DIVISION)**

| | |
|---|---|
| WALTER AUTO LOAN TRUST; AGORATRADE LLC; AGORATRADE LLC as Trust Manager and Beneficiary of the Walter Auto Loan Trust; AGORA DATA, INC.; and WALT, LLC, | CASE NO. 23-CV-80007-WPD |

        Plaintiffs,

vs.

ATLANTIC ACCEPTANCE CORP, ATLANTIC ACCEPTANCE HOLDINGS LLC, and ATLANTIC AUTO FINANCE GROUP, BRUCE BLACK, individually, RYAN ROCHEFORT, individually,

        Defendants.

_____/

## **DECLARATION**

I, Georgina M. Lucas, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am over 18 years of age and competent to make this declaration. I submit this declaration ("Declaration") based upon my personal knowledge concerning the matters set forth herein. If called upon, I could and would testify to its accuracy.

2.    I am the Dealership Controller at Prestige G, LLC dba Winchester Mitsubishi (the "Dealership").

3.    The Dealership entered into a Master Dealer Agreement with Atlantic Acceptance Corp. ("Atlantic") whereby the Dealership would originate Retail Installment Sales Contracts ("Contracts") with its customers for the purchase and sale of automobiles and the Dealership would sell certain Contracts it originated to Atlantic subject to Atlantic's approval.

4.    Once Atlantic approved the purchase of a Contract from the Dealership, Atlantic would be required to furnish the Dealership the purchase price of the Contract.

5.    The Dealership sold one or more Contracts to Atlantic and, to date, the Dealership has not received the required purchase price from Atlantic.

6.      Specifically, Atlantic has not furnished the purchase price of two Contracts that Atlantic purchased from the Dealership, despite the Dealership transferring the Contracts and all supporting documents to Atlantic.

7.      As of the execution of this Declaration, Atlantic owes the Dealership $30,703.63 in outstanding purchase price payments.

8.      In addition to the outstanding amounts due to the Dealership, the Dealership's business has been irreparably damaged by Atlantic's failure to make the required payments and the Dealership's relationships with its customer base has been adversely affected.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 1, 2023.

Signed by Georgina M. Lucas

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(WEST PALM BEACH DIVISION)**

WALTER AUTO LOAN TRUST;    CASE NO. 23-CV-80007-WPD
AGORATRADE LLC; AGORATRADE
LLC as Trust Manager and Beneficiary of the
Walter Auto Loan Trust; AGORA DATA,
INC.; and WALT, LLC,

        Plaintiffs,

vs.

ATLANTIC ACCEPTANCE CORP,
ATLANTIC ACCEPTANCE HOLDINGS
LLC, and ATLANTIC AUTO FINANCE
GROUP, BRUCE BLACK, individually,
RYAN ROCHEFORT, individually,

        Defendants.

_____/

## DECLARATION

I, Gregory Hodges, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am over 18 years of age and competent to make this declaration. I submit this declaration ("Declaration") based upon my personal knowledge concerning the matters set forth herein. If called upon, I could and would testify to its accuracy.

2.    I am a Corporate Officer at Kia of Augusta (the "Dealership").

3.    The Dealership entered into a Master Dealer Agreement with Atlantic Acceptance Corp. ("Atlantic") whereby the Dealership would originate Retail Installment Sales Contracts ("Contracts") with its customers for the purchase and sale of automobiles and the Dealership would sell certain Contracts it originated to Atlantic subject to Atlantic's approval.

4.    Once Atlantic approved the purchase of a Contract from the Dealership, Atlantic would be required to furnish the Dealership the purchase price of the Contract.

5.    The Dealership sold one or more Contracts to Atlantic and, to date, the Dealership has not received the required purchase price from Atlantic.

6.      Specifically, Atlantic has not furnished the purchase price of one Contracts that Atlantic purchased from the Dealership, despite the Dealership transferring the Contracts and all supporting documents to Atlantic.

7.      As of the execution of this Declaration, Atlantic owes the Dealership $21,437.00 in outstanding purchase price payments.

8.      In addition to the outstanding amounts due to the Dealership, the Dealership's business has been irreparably damaged by Atlantic's failure to make the required payments and the Dealership's relationships with its customer base has been adversely affected.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 1, 2023

Signed by Gregory Hodges

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(WEST PALM BEACH DIVISION)**

WALTER   AUTO   LOAN   TRUST;            CASE NO. 23-CV-80007-WPD
AGORATRADE   LLC;   AGORATRADE
LLC as Trust Manager and Beneficiary of the
Walter Auto Loan Trust; AGORA DATA,
INC.; and WALT, LLC,

           Plaintiffs,

vs.

ATLANTIC   ACCEPTANCE   CORP,
ATLANTIC   ACCEPTANCE   HOLDINGS
LLC, and ATLANTIC   AUTO   FINANCE
GROUP,   BRUCE   BLACK,   individually,
RYAN ROCHEFORT, individually,

           Defendants.
_____/

## DECLARATION

I, Jeremy Anderson pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am over 18 years of age and competent to make this declaration. I submit this declaration ("Declaration") based upon my personal knowledge concerning the matters set forth herein. If called upon, I could and would testify to its accuracy.

2.     I am a Member and Owner at Anderson Automotive Sales (the "Dealership").

3.     The Dealership entered into a Master Dealer Agreement with Atlantic Acceptance Corp. ("Atlantic") whereby the Dealership would originate Retail Installment Sales Contracts ("Contracts") with its customers for the purchase and sale of automobiles and the Dealership would sell certain Contracts it originated to Atlantic subject to Atlantic's approval.

4.     Once Atlantic approved the purchase of a Contract from the Dealership, Atlantic would be required to furnish the Dealership the purchase price of the Contract.

5.     The Dealership sold one or more Contracts to Atlantic and, to date, the Dealership has not  received the required purchase price from Atlantic.

6.      Specifically, Atlantic has not furnished the purchase price of 1 Contracts that Atlantic purchased from the Dealership, despite the Dealership transferring the Contracts and all supporting documents to Atlantic.

7.      As of the execution of this Declaration, Atlantic owes the Dealership $31,566.00 in outstanding purchase price payments.

8.      In addition to the outstanding amounts due to the Dealership, the Dealership's business has been irreparably damaged by Atlantic's failure to make the required payments and the Dealership's relationships with its customer base has been adversely affected.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/30/2023.

Signed by Jeremy Anderson

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## (WEST PALM BEACH DIVISION)

WALTER AUTO LOAN TRUST;
AGORATRADE LLC; AGORATRADE
LLC as Trust Manager and Beneficiary of the
Walter Auto Loan Trust; AGORA DATA,
INC.; and WALT, LLC,

           Plaintiffs,

vs.

ATLANTIC ACCEPTANCE CORP,
ATLANTIC ACCEPTANCE HOLDINGS
LLC, and ATLANTIC AUTO FINANCE
GROUP, BRUCE BLACK, individually,
RYAN ROCHEFORT, individually,

           Defendants.

CASE NO. 23-CV-80007-WPD

_____/

## DECLARATION

I, [John Schlegel] pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am over 18 years of age and competent to make this declaration. I submit this declaration ("Declaration") based upon my personal knowledge concerning the matters set forth herein. If called upon, I could and would testify to its accuracy.

2.    I am a [Controller] at [Brenner Preowned of Mechanicsburg] (the "Dealership").

3.    The Dealership entered into a Master Dealer Agreement with Atlantic Acceptance Corp. ("Atlantic") whereby the Dealership would originate Retail Installment Sales Contracts ("Contracts") with its customers for the purchase and sale of automobiles and the Dealership would sell certain Contracts it originated to Atlantic subject to Atlantic's approval.

4.    Once Atlantic approved the purchase of a Contract from the Dealership, Atlantic would be required to furnish the Dealership the purchase price of the Contract.

5.    The Dealership sold one or more Contracts to Atlantic and, to date, the Dealership has not received the required purchase price from Atlantic.

6.      Specifically, Atlantic has not furnished the purchase price of [one   ]      Contracts that Atlantic purchased from the Dealership, despite the Dealership transferring the Contracts and all supporting documents to Atlantic.

7.      As of the execution of this Declaration, Atlantic owes the Dealership [19,173.17 in outstanding purchase price payments.

8.      In addition to the outstanding amounts due to the Dealership, the Dealership's business has been irreparably damaged by Atlantic's failure to make the required payments and the Dealership's relationships with its customer base has been adversely affected.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on [January 30, 2023].

Signed by [John Schlegel

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(WEST PALM BEACH DIVISION)**

WALTER AUTO LOAN TRUST;
AGORATRADE LLC; AGORATRADE
LLC as Trust Manager and Beneficiary of
the Walter Auto Loan Trust; AGORA
DATA, INC.; and WALT, LLC,

CASE NO. 23-CV-80007-WPD

    Plaintiffs,

vs.

ATLANTIC ACCEPTANCE CORP,
ATLANTIC ACCEPTANCE HOLDINGS
LLC, and ATLANTIC AUTO FINANCE
GROUP, BRUCE BLACK, individually,
RYAN ROCHEFORT, individually,

    Defendants.

_____/

## DECLARATION

I, JT LE UNES, I am over 18 years of age and competent to make this declaration. I

submit this declaration ("Declaration") based upon my personal knowledge concerning the

matters set forth herein. If called upon, I could and would testify to its accuracy.

  1.  I am an owner at Idrive-dfw (the "Dealership").

  2.  The Dealership entered into a Master Dealer Agreement with Atlantic Acceptance

Corp. ("Atlantic") whereby the Dealership would originate Retail Installment Sales Contracts

("Contracts") with its customers for the purchase and sale of automobiles and the Dealership

would sell certain Contracts it originated to Atlantic subject to Atlantic's approval.

  3.  Once Atlantic approved the purchase of a Contract from the Dealership, Atlantic

would be required to furnish the Dealership the purchase price of the Contract.

  4.  The Dealership sold one or more Contracts to Atlantic and, to date, the Dealership

has not received the required purchase price from Atlantic.

5.      Specifically, Atlantic has not furnished the purchase price of 2 Contracts that Atlantic purchased from the Dealership, despite the Dealership transferring the Contracts and all supporting documents to Atlantic.

6.      As of the execution of this Declaration, Atlantic owes the Dealership 24991.21 in outstanding purchase price payments.

7.      In addition to the outstanding amounts due to the Dealership, the Dealership's business has been irreparably damaged by Atlantic's failure to make the required payments and the Dealership's relationships with its customer base has been adversely affected.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/02/2023      .

Signed by JT LE UNES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## (WEST PALM BEACH DIVISION)

WALTER AUTO LOAN TRUST;
AGORATRADE LLC; AGORATRADE
LLC as Trust Manager and Beneficiary of
the Walter Auto Loan Trust; AGORA
DATA, INC.; and WALT, LLC,

          Plaintiffs,

vs.

ATLANTIC ACCEPTANCE CORP,
ATLANTIC ACCEPTANCE HOLDINGS
LLC, and ATLANTIC AUTO FINANCE
GROUP, BRUCE BLACK, individually,
RYAN ROCHEFORT, individually,

          Defendants.

CASE NO. 23-CV-80007-WPD

_____/

## DECLARATION

I, [Khaled Alsaadi] pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am over 18 years of age and competent to make this declaration. I submit this declaration ("Declaration") based upon my personal knowledge concerning the matters set forth herein. If called upon, I could and would testify to its accuracy.

2.    I am a [Owner] at [Elite Motors LLC] (the "Dealership").

3.    The Dealership entered into a Master Dealer Agreement with Atlantic Acceptance Corp. ("Atlantic") whereby the Dealership would originate Retail Installment Sales Contracts ("Contracts") with its customers for the purchase and sale of automobiles and the Dealership would sell certain Contracts it originated to Atlantic subject to Atlantic's approval.

4.    Once Atlantic approved the purchase of a Contract from the Dealership, Atlantic would be required to furnish the Dealership the purchase price of the Contract.

5.    The Dealership sold one or more Contracts to Atlantic and, to date, the Dealership has not received the required purchase price from Atlantic.

6.    Specifically, Atlantic has not furnished the purchase price of [2] Contracts that Atlantic purchased from the Dealership, despite the Dealership transferring the Contracts and all supporting documents to Atlantic.

7.    As of the execution of this Declaration, Atlantic owes the Dealership [$27,455.00] in outstanding purchase price payments.

8.    In addition to the outstanding amounts due to the Dealership, the Dealership's business has been irreparably damaged by Atlantic's failure to make the required payments and the Dealership's relationships with its customer base has been adversely affected.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on [01/31/2023].

Signed by [Khaled Alsaadi]

_____[Khaled Alsaadi]_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(WEST PALM BEACH DIVISION)**

WALTER AUTO LOAN TRUST;  CASE NO. 23-CV-80007-WPD
AGORATRADE LLC; AGORATRADE
LLC as Trust Manager and Beneficiary of the
Walter Auto Loan Trust; AGORA DATA,
INC.; and WALT, LLC,

   Plaintiffs,

vs.

ATLANTIC ACCEPTANCE CORP,
ATLANTIC ACCEPTANCE HOLDINGS
LLC, and ATLANTIC AUTO FINANCE
GROUP, BRUCE BLACK, individually,
RYAN ROCHEFORT, individually,

   Defendants.
_____/

## DECLARATION

I, Larry Bennett, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over 18 years of age and competent to make this declaration. I submit this declaration ("Declaration") based upon my personal knowledge concerning the matters set forth herein. If called upon, I could and would testify to its accuracy.

2. I am the owner of Audubon Motors, Inc dba Audubon Chrysler.

3. The Dealership entered into a Master Dealer Agreement with Atlantic Acceptance Corp. ("Atlantic") whereby the Dealership would originate Retail Installment Sales Contracts ("Contracts") with its customers for the purchase and sale of automobiles and the Dealership would sell certain Contracts it originated to Atlantic subject to Atlantic's approval.

4. Once Atlantic approved the purchase of a Contract from the Dealership, Atlantic would be required to furnish the Dealership the purchase price of the Contract.

5. The Dealership sold one or more Contracts to Atlantic and, to date, the Dealership has not received the required purchase price from Atlantic.

6.      Specifically, Atlantic has not furnished the purchase price of one Contract that Atlantic purchased from the Dealership, despite the Dealership transferring the Contracts and all supporting documents to Atlantic.

7.      As of the execution of this Declaration, Atlantic owes the Dealership $16,026.00 in outstanding purchase price payments.

8.      In addition to the outstanding amounts due to the Dealership, the Dealership's business has been irreparably damaged by Atlantic's failure to make the required payments and the Dealership's relationships with its customer base has been adversely affected.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/02/2023

Signed by Larry Bennett

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## (WEST PALM BEACH DIVISION)

WALTER AUTO LOAN TRUST; AGORATRADE LLC; AGORATRADE LLC as Trust Manager and Beneficiary of the Walter Auto Loan Trust; AGORA DATA, INC.; and WALT, LLC,

        Plaintiffs,

vs.

ATLANTIC ACCEPTANCE CORP, ATLANTIC ACCEPTANCE HOLDINGS LLC, and ATLANTIC AUTO FINANCE GROUP, BRUCE BLACK, individually, RYAN ROCHEFORT, individually,

        Defendants.

CASE NO. 23-CV-80007-WPD

_____/

## DECLARATION

I, Mohammad Ali pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am over 18 years of age and competent to make this declaration. I submit this declaration ("Declaration") based upon my personal knowledge concerning the matters set forth herein. If called upon, I could and would testify to its accuracy.

2.    I am a Director at Bargain Auto Sales INC (the "Dealership").

3.    The Dealership entered into a Master Dealer Agreement with Atlantic Acceptance Corp. ("Atlantic") whereby the Dealership would originate Retail Installment Sales Contracts ("Contracts") with its customers for the purchase and sale of automobiles and the Dealership would sell certain Contracts it originated to Atlantic subject to Atlantic's approval.

4.    Once Atlantic approved the purchase of a Contract from the Dealership, Atlantic would be required to furnish the Dealership the purchase price of the Contract.

5.    The Dealership sold one or more Contracts to Atlantic and, to date, the Dealership has not received the required purchase price from Atlantic.

6.      Specifically, Atlantic has not furnished the purchase price of 2 Contracts that Atlantic purchased from the Dealership, despite the Dealership transferring the Contracts and all supporting documents to Atlantic.

7.      As of the execution of this Declaration, Atlantic owes the Dealership $46,663 (Forty Six Thousand Six Hundred Sixty Three) in outstanding purchase price payments.

8.      In addition to the outstanding amounts due to the Dealership, the Dealership's business has been irreparably damaged by Atlantic's failure to make the required payments and the Dealership's relationships with its customer base has been adversely affected.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/1/2023

Signed by Mohammad Ali



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH DIVISION)

WALTER AUTO LOAN TRUST;　　　　　CASE NO. 23-CV-80007-WPD
AGORATRADE LLC; AGORATRADE
LLC as Trust Manager and Beneficiary of
the Walter Auto Loan Trust; AGORA
DATA, INC.; and WALT, LLC,

　　　　　Plaintiffs,

vs.

ATLANTIC ACCEPTANCE CORP,
ATLANTIC ACCEPTANCE HOLDINGS
LLC, and ATLANTIC AUTO FINANCE
GROUP, BRUCE BLACK, individually,
RYAN ROCHEFORT, individually,

　　　　　Defendants.
_____/

## DECLARATION

I, MOHAMMAD ISSA ] pursuant to 28 U.S.C. § 1746, declare as follows:

1.　　　I am over 18 years of age and competent to make this declaration. I submit this declaration ("Declaration") based upon my personal knowledge concerning the matters set forth herein. If called upon, I could and would testify to its accuracy.

2.　　　I am a [OWNER ] at [MADINA AUTO BROKERS ] (the "Dealership").

3.　　　The Dealership entered into a Master Dealer Agreement with Atlantic Acceptance Corp. ("Atlantic") whereby the Dealership would originate Retail Installment Sales Contracts ("Contracts") with its customers for the purchase and sale of automobiles and the Dealership would sell certain Contracts it originated to Atlantic subject to Atlantic's approval.

4.　　　Once Atlantic approved the purchase of a Contract from the Dealership, Atlantic would be required to furnish the Dealership the purchase price of the Contract.

5.　　　The Dealership sold one or more Contracts to Atlantic and, to date, the Dealership has not received the required purchase price from Atlantic.

6.    Specifically, Atlantic has not furnished the purchase price of [1] Contracts that Atlantic purchased from the Dealership, despite the Dealership transferring the Contracts and all supporting documents to Atlantic.

7.    As of the execution of this Declaration, Atlantic owes the Dealership [14,625.37] in outstanding purchase price payments.

8.    In addition to the outstanding amounts due to the Dealership, the Dealership's business has been irreparably damaged by Atlantic's failure to make the required payments and the Dealership's relationships with its customer base has been adversely affected.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on [01/31/23].

Signed by [MOHAMMAD ISSA]

_____[MOHAMMD ISSA

]_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(WEST PALM BEACH DIVISION)**

WALTER   AUTO   LOAN   TRUST;
AGORATRADE   LLC;   AGORATRADE
LLC as Trust Manager and Beneficiary of the
Walter  Auto  Loan  Trust;  AGORA  DATA,
INC.; and WALT, LLC,

          Plaintiffs,

vs.

ATLANTIC    ACCEPTANCE    CORP,
ATLANTIC  ACCEPTANCE  HOLDINGS
LLC,  and  ATLANTIC  AUTO  FINANCE
GROUP,  BRUCE  BLACK,  individually,
RYAN ROCHEFORT, individually,

          Defendants.

CASE NO. 23-CV-80007-WPD

_____/

## DECLARATION

I, [Nick Carbacio] pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am over 18 years of age and competent to make this declaration. I submit this declaration ("Declaration") based upon my personal knowledge concerning the matters set forth herein. If called upon, I could and would testify to its accuracy.

2.      I am a [General Manager] at [Mike Terry Automotive Group II, LLC] (the "Dealership").

3.      The Dealership entered into a Master Dealer Agreement with Atlantic Acceptance Corp. ("Atlantic") whereby the Dealership would originate Retail Installment Sales Contracts ("Contracts") with its customers for the purchase and sale of automobiles and the Dealership would sell certain Contracts it originated to Atlantic subject to Atlantic's approval.

4.      Once Atlantic approved the purchase of a Contract from the Dealership, Atlantic would be required to furnish the Dealership the purchase price of the Contract.

5.      The Dealership sold one or more Contracts to Atlantic and, to date, the Dealership has not  received the required purchase price from Atlantic.

6.      Specifically, Atlantic has not furnished the purchase price of [2] Contracts that Atlantic purchased from the Dealership, despite the Dealership transferring the Contracts and all supporting documents to Atlantic.

7.      As of the execution of this Declaration, Atlantic owes the Dealership [$66,832.75] in outstanding purchase price payments.

8.      In addition to the outstanding amounts due to the Dealership, the Dealership's business has been irreparably damaged by Atlantic's failure to make the required payments and the Dealership's relationships with its customer base has been adversely affected.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on [02/02/2023].

Signed by [Nick Carbacio]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH DIVISION)

WALTER    AUTO    LOAN    TRUST;
AGORATRADE  LLC;  AGORATRADE
LLC as Trust Manager and Beneficiary of the
Walter Auto Loan Trust; AGORA DATA,
INC.; and WALT, LLC,

           Plaintiffs,

vs.

ATLANTIC    ACCEPTANCE    CORP,
ATLANTIC  ACCEPTANCE  HOLDINGS
LLC, and ATLANTIC AUTO FINANCE
GROUP,  BRUCE  BLACK,  individually,
RYAN ROCHEFORT, individually,

           Defendants.

CASE NO. 23-CV-80007-WPD

_____/

## DECLARATION

I, [Gal Autogroup] pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am over 18 years of age and competent to make this declaration. I submit this declaration ("Declaration") based upon my personal knowledge concerning the matters set forth herein. If called upon, I could and would testify to its accuracy.

2.     I am a [Owner] at [Gal Autogroup] (the "Dealership").

3.     The Dealership entered into a Master Dealer Agreement with Atlantic Acceptance Corp. ("Atlantic") whereby the Dealership would originate Retail Installment Sales Contracts ("Contracts") with its customers for the purchase and sale of automobiles and the Dealership would sell certain Contracts it originated to Atlantic subject to Atlantic's approval.

4.     Once Atlantic approved the purchase of a Contract from the Dealership, Atlantic would be required to furnish the Dealership the purchase price of the Contract.

5.     The Dealership sold one or more Contracts to Atlantic and, to date, the Dealership has not received the required purchase price from Atlantic.

6.    Specifically, Atlantic has not furnished the purchase price of [$22,827.00] Contracts that Atlantic purchased from the Dealership, despite the Dealership transferring the Contracts and all supporting documents to Atlantic.

7.    As of the execution of this Declaration, Atlantic owes the Dealership [$22,827.00] in outstanding purchase price payments.

8.    In addition to the outstanding amounts due to the Dealership, the Dealership's business has been irreparably damaged by Atlantic's failure to make the required payments and the Dealership's relationships with its customer base has been adversely affected.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on [01/30/2023].

Signed by [Robert Simpson]

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH DIVISION)**

WALTER AUTO LOAN TRUST;
AGORATRADE LLC; AGORATRADE
LLC as Trust Manager and Beneficiary of the
Walter Auto Loan Trust; AGORA DATA,
INC.; and WALT, LLC,

            Plaintiffs,

vs.

ATLANTIC ACCEPTANCE CORP,
ATLANTIC ACCEPTANCE HOLDINGS
LLC, and ATLANTIC AUTO FINANCE
GROUP, BRUCE BLACK, individually,
RYAN ROCHEFORT, individually,

            Defendants.

_____/

CASE NO. 23-CV-80007-WPD

## DECLARATION

I, [INSERT NAME] pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am over 18 years of age and competent to make this declaration. I submit this declaration ("Declaration") based upon my personal knowledge concerning the matters set forth herein. If called upon, I could and would testify to its accuracy.

2.     I am a [INSERT JOB TITLE] *President of* at [INSERT DEALERSHIP NAME] (the "Dealership"). *Pro Spirit Auto Sales Corp 198 N.E. 33rd Street Oakland Park FL 33334*

3.     The Dealership entered into a Master Dealer Agreement with Atlantic Acceptance Corp. ("Atlantic") whereby the Dealership would originate Retail Installment Sales Contracts ("Contracts") with its customers for the purchase and sale of automobiles and the Dealership would sell certain Contracts it originated to Atlantic subject to Atlantic's approval.

4.     Once Atlantic approved the purchase of a Contract from the Dealership, Atlantic would be required to furnish the Dealership the purchase price of the Contract.

5.     The Dealership sold one or more Contracts to Atlantic and, to date, the Dealership has not received the required purchase price from Atlantic.

6.    Specifically, Atlantic has not furnished the purchase price of [NUMBER OF CONTRACTS] Contracts that Atlantic purchased from the Dealership, despite the Dealership transferring the Contracts and all supporting documents to Atlantic.

7.    As of the execution of this Declaration, Atlantic owes the Dealership [CURRENT AMOUNTS DUE TO DEALERSHIP] in outstanding purchase price payments.

8.    In addition to the outstanding amounts due to the Dealership, the Dealership's business has been irreparably damaged by Atlantic's failure to make the required payments and the Dealership's relationships with its customer base has been adversely affected.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on [DATE]. 02/02/2023

Signed by [PRINT NAME]

_____[SIGNATURE]_____

RODNEY LAMBERT

786-405-7955

2016 BMW X3
   TOTAL DUE ON 11/23/2022
                    $ 23,233.79
Plus HARDships    $ 20,000.00
        total    $ 43,233.74

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(WEST PALM BEACH DIVISION)**

WALTER AUTO LOAN TRUST;            CASE NO. 23-CV-80007-WPD
AGORATRADE LLC; AGORATRADE
LLC as Trust Manager and Beneficiary of the
Walter Auto Loan Trust; AGORA DATA,
INC.; and WALT, LLC,

        Plaintiffs,

vs.

ATLANTIC ACCEPTANCE CORP,
ATLANTIC ACCEPTANCE HOLDINGS
LLC, and ATLANTIC AUTO FINANCE
GROUP, BRUCE BLACK, individually,
RYAN ROCHEFORT, individually,

        Defendants.
_____/

## DECLARATION

I, SAM KATTAN pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am over 18 years of age and competent to make this declaration. I submit this declaration ("Declaration") based upon my personal knowledge concerning the matters set forth herein. If called upon, I could and would testify to its accuracy.

2.    I am a CEO at **CARONE** in Garland – Texas (the "Dealership").

3.    The Dealership entered into a Master Dealer Agreement with Atlantic Acceptance Corp. ("Atlantic") whereby the Dealership would originate Retail Installment Sales Contracts ("Contracts") with its customers for the purchase and sale of automobiles and the Dealership would sell certain Contracts it originated to Atlantic subject to Atlantic's approval.

4.    Once Atlantic approved the purchase of a Contract from the Dealership, Atlantic would be required to furnish the Dealership the purchase price of the Contract.

5.    The Dealership sold one or more Contracts to Atlantic and, to date, the Dealership **has not** received the required purchase price from Atlantic.



6. Specifically, Atlantic has not furnished the purchase price of [App#**2613227, Customer Name: Wilmer Cruz, VIN 613219**] Contract that Atlantic purchased from the Dealership, despite the Dealership transferring the Contracts and all supporting documents to Atlantic.

7. As of the execution of this Declaration, Atlantic owes the Dealership **$22,139** in outstanding purchase price payments.

8. In addition to the outstanding amounts due to the Dealership, the Dealership's business has been irreparably damaged by Atlantic's failure to make the required payments and the Dealership's relationships with its customer base has been adversely affected.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/30/2023

Signed by SAM KATTAN

Cell: 818.818.3299

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH DIVISION)

WALTER   AUTO   LOAN   TRUST;                         CASE NO. 23-CV-80007-WPD
AGORATRADE   LLC;   AGORATRADE
LLC as Trust Manager and Beneficiary of the
Walter Auto Loan Trust; AGORA DATA,
INC.; and WALT, LLC,

          Plaintiffs,

vs.

ATLANTIC    ACCEPTANCE    CORP,
ATLANTIC  ACCEPTANCE  HOLDINGS
LLC, and ATLANTIC AUTO FINANCE
GROUP, BRUCE BLACK, individually,
RYAN ROCHEFORT, individually,

          Defendants.
_____/

## DECLARATION

I, Sara McCartin pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am over 18 years of age and competent to make this declaration. I submit this declaration ("Declaration") based upon my personal knowledge concerning the matters set forth herein. If called upon, I could and would testify to its accuracy.

2.      I am a Chief Accounting Officer at Star Ford at Oxmoor, Inc. d/b/a Oxmoor Ford (the "Dealership").

3.      The Dealership entered into a Master Dealer Agreement with Atlantic Acceptance Corp. ("Atlantic") whereby the Dealership would originate Retail Installment Sales Contracts ("Contracts") with its customers for the purchase and sale of automobiles and the Dealership would sell certain Contracts it originated to Atlantic subject to Atlantic's approval.

4.      Once Atlantic approved the purchase of a Contract from the Dealership, Atlantic would be required to furnish the Dealership the purchase price of the Contract.

5.      The Dealership sold one or more Contracts to Atlantic and, to date, the Dealership has not received the required purchase price from Atlantic.

6.     Specifically, Atlantic has not furnished the purchase price of 1 Contracts that Atlantic purchased from the Dealership, despite the Dealership transferring the Contracts and all supporting documents to Atlantic.

7.     As of the execution of this Declaration, Atlantic owes the Dealership $33,343.72 in outstanding purchase price payments.

8.     In addition to the outstanding amounts due to the Dealership, the Dealership's business has been irreparably damaged by Atlantic's failure to make the required payments and the Dealership's relationships with its customer base has been adversely affected.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/31/2023

Signed by Sara McCartin

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH DIVISION)

WALTER AUTO LOAN TRUST;                    CASE NO. 23-CV-80007-WPD
AGORATRADE LLC; AGORATRADE
LLC as Trust Manager and Beneficiary of the
Walter Auto Loan Trust; AGORA DATA,
INC.; and WALT, LLC,

        Plaintiffs,

vs.

ATLANTIC ACCEPTANCE CORP,
ATLANTIC ACCEPTANCE HOLDINGS
LLC, and ATLANTIC AUTO FINANCE
GROUP, BRUCE BLACK, individually,
RYAN ROCHEFORT, individually,

        Defendants.

_____/

## DECLARATION

I, Lone Star Auto Export Inc R&T EXPO DBA pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am over 18 years of age and competent to make this declaration. I submit this declaration ("Declaration") based upon my personal knowledge concerning the matters set forth herein. If called upon, I could and would testify to its accuracy.

2.    I am a Timur Nizamutdinov (Owner) at R&T EXPO (the "Dealership").

3.    The Dealership entered into a Master Dealer Agreement with Atlantic Acceptance Corp. ("Atlantic") whereby the Dealership would originate Retail Installment Sales Contracts ("Contracts") with its customers for the purchase and sale of automobiles and the Dealership would sell certain Contracts it originated to Atlantic subject to Atlantic's approval.

4.    Once Atlantic approved the purchase of a Contract from the Dealership, Atlantic would be required to furnish the Dealership the purchase price of the Contract.

5.    The Dealership sold one or more Contracts to Atlantic and, to date, the Dealership has not received the required purchase price from Atlantic.

Specifically, Atlantic has not furnished the purchase price of (Kaia Oliver 2617269 $24,429. Laura Rosales 2624587 $37,566.97. Celena Garcia 2644068 $16242.89 **Total**: $78238.86

6.      Contracts that Atlantic purchased from the Dealership, despite the Dealership transferring the Contracts and all supporting documents to Atlantic.

7.      As of the execution of this Declaration, Atlantic owes the Dealership $78.238.86 in outstanding purchase price payments.

8.      In addition to the outstanding amounts due to the Dealership, the Dealership's business has been irreparably damaged by Atlantic's failure to make the required payments and the Dealership's relationships with its customer base has been adversely affected.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/31/2023

Signed by [TIMUR NIZAMUTDINOV]

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## (WEST PALM BEACH DIVISION)

WALTER   AUTO   LOAN   TRUST;
AGORATRADE   LLC;   AGORATRADE
LLC as Trust Manager and Beneficiary of
the Walter Auto Loan Trust; AGORA
DATA, INC.; and WALT, LLC,

CASE NO. 23-CV-80007-WPD

　　　　　Plaintiffs,

vs.

ATLANTIC   ACCEPTANCE   CORP,
ATLANTIC ACCEPTANCE HOLDINGS
LLC, and ATLANTIC AUTO FINANCE
GROUP, BRUCE BLACK, individually,
RYAN ROCHEFORT, individually,

　　　　　Defendants.

_____/

### DECLARATION

I, ADRIAN PARKER pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over 18 years of age and competent to make this declaration. I submit this declaration ("Declaration") based upon my personal knowledge concerning the matters set forth herein. If called upon, I could and would testify to its accuracy.

2. I am an OWNER at NEW SOUTH AUTO SALES LLC (the "Dealership").

3. The Dealership entered into a Master Dealer Agreement with Atlantic Acceptance Corp. ("Atlantic") whereby the Dealership would originate Retail Installment Sales Contracts ("Contracts") with its customers for the purchase and sale of automobiles and the Dealership would sell certain Contracts it originated to Atlantic subject to Atlantic's approval.

4. Once Atlantic approved the purchase of a Contract from the Dealership, Atlantic would be required to furnish the Dealership the purchase price of the Contract.

5. The Dealership sold one or more Contracts to Atlantic and, to date, the Dealership has not received the required purchase price from Atlantic.

6.     Specifically, Atlantic has not furnished the purchase price of 8   CONTRACTS Contracts that Atlantic purchased from the Dealership, despite the Dealership transferring the Contracts and all supporting documents to Atlantic.

7.     As of the execution of this Declaration, Atlantic owes the Dealership $141,887.00 in outstanding purchase price payments.

8.     In addition to the outstanding amounts due to the Dealership, the Dealership's business has been irreparably damaged by Atlantic's failure to make the required payments and the Dealership's relationships with its customer base has been adversely affected.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/30/2023

Signed by [ADRIAN PARKER

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## (WEST PALM BEACH DIVISION)

WALTER AUTO LOAN TRUST;
AGORATRADE LLC; AGORATRADE
LLC as Trust Manager and Beneficiary of the
Walter Auto Loan Trust; AGORA DATA,
INC.; and WALT, LLC,

CASE NO. 23-CV-80007-WPD

       Plaintiffs,

vs.

ATLANTIC ACCEPTANCE CORP,
ATLANTIC ACCEPTANCE HOLDINGS
LLC, and ATLANTIC AUTO FINANCE
GROUP, BRUCE BLACK, individually,
RYAN ROCHEFORT, individually,

       Defendants.

_____/

## DECLARATION

I, DANA MAURICE COLEMAN pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am over 18 years of age and competent to make this declaration. I submit this declaration ("Declaration") based upon my personal knowledge concerning the matters set forth herein. If called upon, I could and would testify to its accuracy.

2.     I am the owner at REVV-elation Auto Sales LLC (the "Dealership").

3.     The Dealership entered into a Master Dealer Agreement with Atlantic Acceptance Corp. ("Atlantic") whereby the Dealership would originate Retail Installment Sales Contracts ("Contracts") with its customers for the purchase and sale of automobiles and the Dealership would sell certain Contracts it originated to Atlantic subject to Atlantic's approval.

4.     Once Atlantic approved the purchase of a Contract from the Dealership, Atlantic would be required to furnish the Dealership the purchase price of the Contract.

5.     The Dealership sold one or more Contracts to Atlantic and, to date, the Dealership has not received the required purchase price from Atlantic.

6.      Specifically, Atlantic has not furnished the purchase price of two Contracts that Atlantic purchased from the Dealership, despite the Dealership transferring the Contracts and all supporting documents to Atlantic.

7.      As of the execution of this Declaration, Atlantic owes the Dealership $36,902.00 in outstanding purchase price payments.

8.      In addition to the outstanding amounts due to the Dealership, the Dealership's business has been irreparably damaged by Atlantic's failure to make the required payments and the Dealership's relationships with its customer base has been adversely affected.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 30, 2023.

Signed by /s/ DANA MAURICE COLEMAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH DIVISION)

WALTER AUTO LOAN TRUST;
AGORATRADE LLC; AGORATRADE
LLC as Trust Manager and Beneficiary of the
Walter Auto Loan Trust; AGORA DATA,
INC.; and WALT, LLC,

        Plaintiffs,

vs.

ATLANTIC ACCEPTANCE CORP,
ATLANTIC ACCEPTANCE HOLDINGS
LLC, and ATLANTIC AUTO FINANCE
GROUP, BRUCE BLACK, individually,
RYAN ROCHEFORT, individually,

        Defendants.

CASE NO. 23-CV-80007-WPD

## DECLARATION

I, [Erica Pannell] pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am over 18 years of age and competent to make this declaration. I submit this declaration ("Declaration") based upon my personal knowledge concerning the matters set forth herein. If called upon, I could and would testify to its accuracy.

2.    I am a [owner] at [Trussville Wholesale Autos LLC] (the "Dealership").

3.    The Dealership entered into a Master Dealer Agreement with Atlantic Acceptance Corp. ("Atlantic") whereby the Dealership would originate Retail Installment Sales Contracts ("Contracts") with its customers for the purchase and sale of automobiles and the Dealership would sell certain Contracts it originated to Atlantic subject to Atlantic's approval.

4.    Once Atlantic approved the purchase of a Contract from the Dealership, Atlantic would be required to furnish the Dealership the purchase price of the Contract.

5.    The Dealership sold one or more Contracts to Atlantic and, to date, the Dealership has not received the required purchase price from Atlantic.

6.    Specifically, Atlantic has not furnished the purchase price of [ 1 ] Contracts that Atlantic purchased from the Dealership, despite the Dealership transferring the Contracts and all supporting documents to Atlantic.

7.    As of the execution of this Declaration, Atlantic owes the Dealership [$16,385.00] in outstanding purchase price payments.

8.    In addition to the outstanding amounts due to the Dealership, the Dealership's business has been irreparably damaged by Atlantic's failure to make the required payments and the Dealership's relationships with its customer base has been adversely affected.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on [02/06/2023].

Signed by [Erica Pannell]

_____[Erica Pannell]_____