# EXHIBIT 6

| WPM Account Number | Principal Balance |
|---|---|
| ▮7714 | 17,105.25 |
| ▮0640 | 18,846.83 |
| ▮3900 | 20,422.69 |
| ▮6971 | 17,618.33 |
| ▮0655 | 21,141.03 |
| ▮9791 | 18,466.46 |
| ▮9254 | 18,535.48 |
| ▮2994 | 14,568.76 |
| ▮2780 | 19,493.48 |
| ▮8180 | 21,558.20 |
| ▮5734 | 18,327.96 |
| ▮1427 | 20,981.87 |
| ▮6666 | 13,450.63 |
| ▮2891 | 15,284.58 |
| ▮9984 | 16,584.73 |
| ▮4738 | 28,050.14 |
| ▮1493 | 17,262.89 |
| ▮1495 | 22,545.60 |
| ▮4730 | 50,507.83 |
| ▮7269 | 16,829.18 |
| ▮5340 | 19,689.00 |
| ▮7245 | 29,800.00 |
| ▮1031 | 21,759.15 |
| ▮8890 | 27,146.12 |
| ▮5757 | 22,843.26 |
| ▮3283 | 24,862.47 |
| ▮0894 | 20,056.66 |
| ▮3146 | 17,900.07 |
| ▮4510 | 23,812.06 |
| ▮1944 | 18,805.28 |
| ▮3168 | 16,605.11 |
| ▮3274 | 16,475.31 |
| ▮7871 | 14,948.67 |
| ▮4061 | 21,403.89 |
| ▮0907 | 21,251.45 |
| ▮1955 | 11,976.58 |
| ▮7717 | 14,851.48 |
| ▮9137 | 12,180.82 |
| ▮7317 | 19,209.49 |
| ▮8207 | 21,236.63 |
| ▮7333 | 19,373.70 |
| ▮1418 | 17,554.98 |
| ▮3257 | 29,461.19 |
| ▮3297 | 13,861.70 |
| ▮6651 | 10,716.10 |
| ▮7371 | 5,870.80 |

| WPM Account Number | Principal Balance |
|---|---|
| █████9530 | 15,388.56 |
| █████1447 | 21,915.06 |
| █████1462 | 22,912.30 |
| █████6284 | 25,600.00 |
| █████0674 | 16,731.13 |
| █████3872 | 9,505.11 |
| █████3218 | 14,352.09 |
| █████3297 | 19,483.00 |
| █████1003 | 18,399.58 |
| █████8374 | 17,081.82 |
| █████7325 | 14,469.61 |
| █████9973 | 20,810.00 |
| █████1338 | 19,551.45 |
| █████4774 | 20,285.90 |
| █████7246 | 18,882.00 |
| █████5574 | 17,842.23 |
| █████4779 | 17,944.32 |
| █████0776 | 44,641.71 |
| █████8606 | 31,017.60 |
| █████8562 | 23,489.67 |
| █████9513 | 40,568.55 |
| █████4635 | 16,664.94 |
| █████0861 | 28,976.94 |
| █████5415 | 34,352.99 |
| █████0807 | 30,956.35 |
| █████1529 | 21,051.39 |
| █████4484 | 20,055.34 |
| █████4945 | 26,918.61 |
| █████0723 | 26,553.87 |
| █████4370 | 40,171.04 |
| █████5284 | 30,640.51 |
| █████5886 | 15,252.53 |
| █████7427 | 22,728.47 |
| █████9570 | 44,921.37 |
| █████8885 | 26,890.69 |
| █████5257 | 21,866.21 |
| █████4896 | 27,395.00 |
| █████5435 | 29,986.19 |
| █████5272 | 13,986.24 |
| █████8849 | 23,419.84 |
| █████5410 | 45,969.01 |
| █████5261 | 26,478.15 |
| █████8916 | 33,517.94 |
| █████8762 | 54,377.01 |
| █████5125 | 22,453.35 |
| █████5912 | 19,382.07 |

| WPM Account Number | Principal Balance |
|---|---|
| ▮7479 | 20,194.25 |
| ▮5732 | 19,048.66 |
| ▮7830 | 19,262.79 |
| ▮1038 | 21,515.96 |
| ▮0589 | 24,348.79 |
| ▮5720 | 24,012.77 |
| ▮9224 | 16,924.13 |
| ▮9243 | 31,790.56 |
| ▮5929 | 18,934.70 |
| ▮7453 | 14,234.16 |
| ▮0629 | 17,803.77 |
| ▮5707 | 16,955.10 |
| ▮0607 | 20,544.31 |
| ▮3807 | 13,847.00 |
| ▮7636 | 20,662.93 |
| ▮3822 | 23,706.65 |
| ▮0795 | 19,828.00 |
| ▮7687 | 19,619.72 |
| ▮7627 | 26,836.84 |
| ▮3248 | 18,884.87 |
| ▮0895 | 22,288.38 |
| ▮7780 | 16,778.68 |
| ▮0873 | 23,620.20 |
| ▮3119 | 20,988.30 |
| ▮4481 | 28,439.84 |
| ▮3889 | 38,793.13 |
| ▮7774 | 21,628.10 |
| ▮3223 | 26,676.64 |
| ▮4147 | 17,834.50 |
| ▮0828 | 20,840.95 |
| ▮4112 | 19,601.12 |
| ▮0955 | 16,119.28 |
| ▮1966 | 23,749.61 |
| ▮4450 | 28,881.90 |
| ▮8386 | 17,577.22 |
| ▮6774 | 27,795.90 |
| ▮6929 | 14,425.70 |
| ▮4575 | 26,895.93 |
| ▮9800 | 36,743.00 |
| ▮4689 | 27,072.00 |
| ▮9066 | 23,446.00 |
| ▮4076 | 22,435.60 |
| ▮9110 | 22,621.00 |
| ▮9119 | 23,778.93 |
| ▮3312 | 29,687.99 |
| ▮0625 | 38,606.00 |

| WPM Account Number | Principal Balance |
|---|---|
| ▆4547 | 15,776.07 |
| ▆2445 | 22,287.37 |
| ▆6803 | 19,776.16 |
| ▆0876 | 23,104.16 |
| ▆6786 | 22,848.84 |
| ▆0702 | 13,857.03 |
| ▆4486 | 11,047.18 |
| ▆0667 | 39,850.89 |
| ▆0609 | 15,290.67 |
| ▆8362 | 19,149.73 |
| ▆9083 | 14,491.01 |
| ▆0695 | 21,879.53 |
| ▆2933 | 22,189.60 |
| ▆9835 | 13,163.24 |
| ▆3015 | 19,219.16 |
| ▆3022 | 16,347.04 |
| ▆0714 | 25,073.23 |
| ▆7265 | 23,904.32 |
| ▆7254 | 26,806.73 |
| ▆9943 | 9,678.09 |
| ▆9143 | 18,264.81 |
| ▆2843 | 19,535.10 |
| ▆9229 | 14,886.40 |
| ▆2825 | 24,064.93 |
| ▆8113 | 18,830.77 |
| ▆2097 | 32,855.02 |
| ▆4620 | 31,496.02 |
| ▆0638 | 17,500.57 |
| ▆2754 | 25,601.48 |
| ▆2721 | 22,000.20 |
| ▆9822 | 22,530.89 |
| ▆2739 | 24,039.63 |
| ▆2854 | 15,999.12 |
| ▆4770 | 30,823.73 |
| ▆9855 | 33,085.59 |
| ▆2808 | 13,735.07 |
| ▆9955 | 22,493.98 |
| ▆7301 | 14,114.97 |
| ▆2759 | 20,978.33 |
| ▆2797 | 21,550.00 |
| ▆1380 | 15,785.85 |
| ▆1315 | 11,385.00 |
| ▆9923 | 20,420.33 |
| ▆9933 | 14,282.93 |
| ▆1510 | 17,002.32 |
| ▆5723 | 20,194.02 |

| WPM Account Number | Principal Balance |
|---|---|
| ████2112 | 26,162.31 |
| ████4755 | 18,154.28 |
| ████1724 | 10,892.47 |
| ████6659 | 12,497.06 |
| ████1486 | 25,281.11 |
| ████5713 | 14,439.00 |
| ████5683 | 13,250.74 |
| ████9259 | 22,878.57 |
| ████4786 | 27,249.05 |
| ████5665 | 28,520.87 |
| ████2931 | 23,272.45 |
| ████0721 | 12,542.32 |
| ████6679 | 32,497.33 |
| ████5695 | 18,117.83 |
| ████5675 | 15,830.93 |
| ████2921 | 7,694.84 |
| ████3293 | 15,774.06 |
| ████1374 | 8,971.69 |
| ████3232 | 24,530.85 |
| ████4698 | 16,463.65 |
| ████1549 | 25,873.00 |
| ████5660 | 27,841.59 |
| ████2886 | 23,813.33 |
| ████2993 | 15,404.00 |
| ████2936 | 18,552.82 |
| ████5361 | 14,894.98 |
| ████5898 | 17,987.60 |
| ████1014 | 29,321.00 |
| ████4185 | 22,257.00 |
| ████9154 | 14,810.95 |
| ████7668 | 19,206.90 |
| ████7808 | 20,649.04 |
| ████4460 | 14,783.00 |
| ████7292 | 26,435.00 |
| ████1468 | 38,332.23 |
| ████5597 | 26,284.46 |
| ████2929 | 21,051.30 |
| ████2906 | 22,191.52 |
| ████2939 | 31,004.86 |
| ████7355 | 14,441.34 |
| ████7210 | 19,059.47 |
| ████5837 | 15,872.85 |
| ████2938 | 15,579.84 |
| ████1031 | 21,682.99 |
| ████0870 | 28,451.77 |
| ████0637 | 12,000.00 |

| WPM Account Number | Principal Balance |
|---|---|
| ▓▓▓▓2785 | 13,322.60 |
| ▓▓▓▓1363 | 27,317.90 |
| ▓▓▓▓2945 | 12,648.68 |
| ▓▓▓▓2908 | 22,827.00 |
| ▓▓▓▓1449 | 22,799.82 |
| ▓▓▓▓3272 | 22,197.00 |
| ▓▓▓▓7222 | 33,622.34 |
| ▓▓▓▓0963 | 34,036.76 |
| ▓▓▓▓6901 | 22,498.15 |
| 239.00 | 5,186,625.10 |