

**ORDERED in the Southern District of Florida on August 17, 2023.**

                                              **Mindy A. Mora, Judge**
                                              **United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In Re:

ATLANTIC ACCEPTANCE CORP.,         Case No. 23-11339-MAM
                                                    Chapter 11
     Debtor,                                  (Subchapter V)
_____/

**ORDER GRANTING DEBTOR'S MOTION TO DISMISS**
**CHAPTER 11 CASE PURSUANT TO 11 U.S.C. § 1112(b)(4)(A)(M)**

     **THIS MATTER** came before the Court on July 18, 2023 upon Debtor's Motion to Dismiss Chapter 11 Pursuant to 11 U.S.C. § 1112(b)(4)(A)(M) [D.E. 71] ("Motion"). Upon reviewing the matter and being advised in the premises, it is:

     **ORDERED AND ADJUDGED:**

     1.     The Motion [D.E. 71] is **GRANTED**. Pursuant to the agreement of the parties, all pending discovery disputes shall be referred to and addressed in the currently pending litigation against Atlantic Acceptance Corp in the Southern District of Florida Case No.: 23-CV-80007-WPD. The instant Chapter 11 Bankruptcy Case is hereby dismissed without prejudice.

                                                     ###

**Submitted by:**

**Joe M. Grant, Esquire**
Lorium PLLC
*Attorneys for Debtor*
197 South Federal Highway, Suite 200
Boca Raton, Florida  33432
Telephone No. 561.361.1000
Facsimile No. 561.672.7581

[*Attorney Joe M. Grant is hereby directed to serve a conformed copy of this Order upon receipt to all interested parties and file a Certificate of Service]